July 31, 2025

**Najja Baptist Travel Expenditures**

**Summary of Information for Referral to Internal Audit**

Concerns regarding completed and proposed expenditures in relation to Dr. Najja Baptist's official travel and his June 7, 2025, wedding and related events were initially identified by Department Chair Bill Schreckhise and reported to Associate Dean Stephanie Schulte on June 23, 2025.  Dean Raines and others in the Fulbright College Dean's office were notified. Following a review of immediately available records and consultation with legal counsel, in order to comply with the requirement to report an apparent loss of public funds within five business days, a report was submitted under Ark. Code Ann. § 25-1-124 on June 30, 2025. A meeting was scheduled with Dr. Baptist to seek his position on the information as soon thereafter as the initial information could be organized for a detailed discussion.

This summary includes information assembled in following up on this matter.  Among other things, the summary includes information obtained from Teams meetings with Dr. Baptist on July 3, 2025, and July 11, 2025, along with Dr. Baptist's responses to clarification questions emailed to Dr. Baptist on July 3, and additional material and responses furnished by Dr. Baptist.

Our initial inquiry suggests these expenses merit further review:

| Events and Activities Surrounding Wedding in Columbia, SC on June 7, 2025 and Afterward in Pawley's Island, SC | Total |
|---|---|
| Gala Event Center (venue) | $1,801.70 |
| Tupelo Honey (catering) | $4,204.32 |
| American Airlines | $1,200.48 |
| Enterprise | $1,127.61 |
| Shell Oil | $26.82 |
| Residence Inn | $200.48 |
| VRBO | $1,035.20 |
| Meals | $441.86 |
| **Total** | **$10,038.47** |

| Additional Columbia, SC Related Travel | |
|---|---|

| Previous Trips (Paid) | $18,537.69 |
|---|---|
| Pending Trip (Date: 7/30/25 / In Process) | $1,559.68 |
| **Total** | **$20,097.37** |

| **Grand Total** | **$30,135.84** |
|---|---|

(See "NB Expense Report Summary" and "NB Charges of Interest" spreadsheets for additional financial detail)

**Pertinent Details from Initial Inquiries:**

**Wedding**

1. Records show (and Dr. Baptist acknowledges) that Dr. Baptist's wedding occurred on June 7, 2025, in Columbia, SC:



## Potentially Wedding-Related Charges:

1. **Flight: $1200.48** (Paid) + $373.18 (In Progress)
   a. NW Arkansas – Memphis, TN – Columbia, SC 5/31-6/30/25
   b. Flight extended on 6/18/25 to 7/13/25 with a $373.18 fee

2. **Event Venue: ~$1,800.00** (In Progress)
   a. Gala Event Center / Gwynn Event Center (Kennedy Room) was reserved from 11am-6pm on June 7th per invoice. Invoice indicates it is for a "banquet dinner."



a.  This original reservation from 5/16/25 listed a $125 floral wall backdrop.

    i.  In a July 11, 2025 meeting with Dean Raines, Dr. Baptist reported "there was no floral bill."

    ii.  In an email on June 23, 2025 to Theresa Dozier, Dr. Baptist wrote: "The floral backdrop charge of $125 processed separately, so that's not causing any issues." The charge does not appear on one version of the receipts.

    iii.  In an email on July 7 to Dean Raines, Dr. Baptist stated "Yes, there was a floral backdrop for the focus group and community meeting event. I was informed about the floral wall towards the end of the event by the center. I was not aware of its presence or see it during the event itself. Once notified, I was told that we would be charged for the floral wall after the event.

The event had been paid for in advance, and I did not want to disrupt or disturb the proceedings by moving the wall during the event. The floral backdrop was removed before my arrival and was placed in the corner of the large event center. I was unaware of its removal until I was contacted afterward."

b.  The Gala Center Kennedy Room reservation overlaps three hours with the time and date announced for the wedding reception, which was 3:00pm - 6:00pm on June 7th, according to the wedding website.



c.  The Gala Center was listed on the wedding invitation rsvp as the "venue location" for a "private dinner reserved for our close family and friends" on June 7, 2025, at 3:30pm.



a. Dr. Baptist posted a profile picture the day after the wedding.  The legend refers to the day before, June 7. Dr. Baptist and his wife are wearing the same clothes they wore at the wedding.  Given the table decorations, clothing, and a beverage on a table, the picture looks like it was taken at a wedding reception. The venue chairs featured on the venue website (Gala Event Center: https://thegalavenues.com/) appear to match those in the photo posted by Dr. Baptist.







Dr. Baptist states that the photo of him dancing with his wife was taken in the basement of the church in which they were married before rushing off to the Gala Center for the focus group/community meeting event. He provided the screenshot below of the church's Google page. In the bottom left corner of the image, it appears that the chairs used by the church for events are dissimilar from the chairs in the image of him and his wife dancing.



3. **Catering: $4,204.32** (In Progress)

a.   Tupelo Honey deposit and final payment listed for "Baptist Dinner" for 60-70 June 7, 2025.

---------- Forwarded message ----------
From: **Up 'n go** <noreply@upngopay.com>
Date: Mon, May 19, 2025, 5:13 PM
Subject: Receipt for Tupelo Honey Columbia (Paycodes) Order #1
To: <mtbaptis@gmail.com>

Tupelo Honey Columbia (Paycodes)

Paid

# $500.00

5/19/2025 6:12pm

034-RTL

**06.07 Dr Najja Baptist Dinner Deposit**

Deposit to be applied to event on 6/7/25

Google Pay Mastercard •••• 2150

Confirmation #GC85

Tupelo Honey Columbia (Paycodes)
2138 Pickens St
803-217-5844

Up 'n go



Tupelo Honey - Columbia
2138 Pickens St
Columbia, SC 29201
http://www.tupelohoneycafe.com

## Baptist Dinner

Saturday, June 7, 2025

| Name | Date | Time | Location | Areas | Event Type | Guests | Grd |
|---|---|---|---|---|---|---|---|
| Baptist Dinner | 6/7/2025 | 1:15 pm – 6:30 pm | Tupelo Honey - Columbia | Delivery | | 70 | 70 |

Event: Baptist Dinner / Host Contact: Dr. Najja Baptist / Host Phone: (404) 957-5405 / Email: nbaptist@uark.edu

ANY ALLERGENS & NOTES FOR STAFF:

Recommend someone going to set up chafers etc in advance at 1pm & additional kitchen team members to bring food closer to start of event time.

INVOICE : PRE-ORDERED FOOD

| | | Price | Total |
|---|---|---|---|
| 1 | Beverage Dispenser for Water - Event Center has water to fill it | | |
| | **Dinner for 60-70 people** | | |
| 3 | Party Pan - Fried Green Tomato (20 each, **60 total fried green tomatoes**) | $50.00 | $150.00 |
| 5 | Party Pan - Chicken & Waffles (**100 total pieces of Fried Chicken & 50 waffles**) | $150.00 | $750.00 |
| 5 | Party Pan - Grilled Salmon (10 EA, **50 pieces total Salmon**) | $170.00 | $850.00 |
| 3 | Party Pans - Shrimp & Grits | $225.00 | $675.00 |
| 4 | Half Pan - Mac & Cheese | $50.00 | $200.00 |
| 4 | Half Pans - Crispy Brussels | $55.00 | $220.00 |
| 2 | Half Pans - Collards | $50.00 | $100.00 |
| 6 | Serving Spoons | $1.00 | $6.00 |

( Done )

b. Dinner reservation overlaps with the announced wedding reception time discussed above.

c. Tupelo Honey Restaurant is listed as the wedding reception location on the RSVP materials distributed to guests.

Wedding Reception: Our reception will be hosted at Tupelo Honey Restaurant. Please note, we can only accommodate up to 60 guests for the reception on a first come, first serve basis. If you plan to join us, make sure to RSVP early!
Click the link -->
[https://najjaandmadisonswed-dingre.rsvpify.com/?securityToken=zSBiGy-hziVlbddqhNSrY.IHEYE.

4. **Housing:** $$200.48 (In Progress) and $1035.20 (Paid)

   a. Dr. Baptist rented a room at the Residence Inn on 6/6 for $200.48.

   b. He also reserved a VRBO "Pawley's Plantation Villa" on Pawley Island, South Carolina, which is approximately a 2.5h drive from The Gala Event Center in Columbia.

   c. The receipt indicates it was reserved from the wedding night, June 7th, to June 10th for three nights with 2 adults.



Pawleys Plantanion Villa

Vrbo Reservation ID: HA-5NX7HJ

Property ID: 2600055

Check-in
**Jun 7, 2025**
4:00 PM

Check-out
**Jun 10, 2025**
10:00 AM



Pricing

Price Details

| | |
|---|---|
| $175.00 x 3 nights | $525.00 |
| Cleaning Fee | $175.00 |
| Service Fee | $82.00 |
| Property Damage Protection | $59.00 |
| Tax | $78.20 |
| **Total** | **$919.20** |
| Trip Protection | $66.66 |

Payments

| | |
|---|---|
| Payment 1 Paid | $577.02 |
| Payment 2 Paid | $342.18 |

Your credit card statement may show charges by either Vrbo or the host.

Visit help center

# Thanks for your payment

We have received your payment of $175.00. Visit the payments tab in your account for more details.

Payment 1                                                                   $175.00

For up-to-date property and contact information, visit trip details.

**View trip details**

**Property:** 2600055
**Reservation ID:** HA-5NX7HJ
**Arrive:** Jun 7, 2025
**Depart:** Jun 10, 2025
**Nights:** 3
**Guests:** 2 adults
**Host:** Tracie

## Payment schedule

    d.  Dr. Baptist stated that he was interviewing subjects during this time.

5. **Meals: $441.86** (In Progress)

    a.  Dr. Baptist submitted expenses for meals for this trip.
    b.  For example, one receipt states "Guest Count: 2" and itemizes four beverages, three appetizers, and two entrees:
        i.    Pawley's Raw Bar: $114.58



ii.    In an email to Grace Gierach on July 1, 2025, about this $114.59 charge, Dr. Baptist indicated "all meals were alone."

iii.    In the meeting on July 3, 2025, with Dean Raines, Dr. Baptist confirmed while the receipt indicates 2 guests, he did eat and drink everything on the list himself. Dr. Baptist said he did not pay for his new spouse during this dinner which occurred on the evening of June 10, 2025.

c. Another receipt for review with two beverages, two appetizers, and two entrees (no guest count listed):

i. Bistro 217 Pawley's Island, SC: $173.55



## 6. Transportation: $1,154.96 (In Process)

    a.  Dr. Baptist rented a car from Enterprise in Columbia, SC for 6/4-6/17 for $1127.61.

    b.  He submitted fuel expenses: $26.82

## Research Intent

1. **Gala event:**

    a.  Dr. Baptist identified the Gala event as a research event.

    b.  On his expense report (ER-0000295869), Dr. Baptist stated:

        i.  Memo:

            *"Dr. Baptist will be travelling to Memphis, TN and Columbia, SC and nearby areas from 5/31 to 6/30 to conduct research for the Blair Center"*

    ii.  Spend Authorization:

*"5/31/2025 Dr. Baptist will be travelling to Memphis, TN and Columbia, TN [sic] and nearby areas from 5/31 to 6/30 to conduct research for the Blair Center. 7,063.50 USD"*

c.  On his Official Function Form (OFF) for the June 7 event, Dr. Baptist wrote:

    i.  Describe event and benefit to the University of Arkansas:

*"Dr. Baptist will host an upcoming focus group and community meeting for his work in the Blair Center. The Gala Event Center was selected due to its accessible location, capacity, and amenities to facilitate productive discussions and community engagement. This event will create a professional, welcoming environment that encourages meaningful participation and gathers valuable input from research subjects."*

    ii.  Attendees:

*"Approximately 75 research participants ***

*** identities of research participants must remain confidential"*



UNIVERSITY OF
ARKANSAS

## Official Function Form

A. Describe event and benefit to University of Arkansas:

Dr. Baptist will host an upcoming focus group and community meeting for his work in the Blair Center. The Gala Event Center was selected due to its accessible location, capacity, and amenities to facilitate productive discussions and community engagement. This event will create a professional, welcoming environment that encourages meaningful participation and gathers valuable input from research subjects.

B. Attendees: Attendee list should include state and non-state employees. Please include Name, Title, and Company/Institution.
   (Note: May provide list as an attachment.)

Dr. Baptist- Assistant Professor at University of Arkansas

Approximately 75 research participants*

*Identities of research participants must remain confidential

C. Location: The Gwynn Center- Columbia, SC

D. Dates of Event: 6/7/25
   (Note: It is recommended that this form be approved PRIOR to the event.)

E. Estimated Meeting Expenses:

Notes:

| | | |
|---|---|---|
| Meeting Room/Rental Charges | $ 1620 | No Tips over 20%. |
| Food Expenses | $ 2280 | Sponsored Program funded meals per person limited to $20 for breakfast, $25 lunch, $45 for dinner. |
| Miscellaneous Expenses (Must Define): | $ | |
| Other (Must Define): | $ | NO ALCOHOL PURCHASED. |
| Total Estimated Meeting Expense | $ 4000 | Questions – Contact Business Services. |

F. Return to: Najja Baptist          Department: PLSC/Blair Center
   (PRINT) Requester Name
   Email: nbaptist@uark.edu          Phone: (479) 575-4663

G. Required Signatures: The requester and an approver at a higher level (i.e. budgetary head, dean, etc.).

Requested By: _____     Date: ▮▮▮▮▮

Approved By: *William Schreckhise*     Date: 5/30/25

Approved forms are to be submitted along with a Requisition, PCard Receipt, Expense Report, Travel Claim, or Administrative TCard Receipt to Business Services.
Business Services Revised 5/26/2021

1001 E Sain · Fayetteville, Arkansas 72703 · (479) 575-2551 · (479) 575-4158
The University of Arkansas is an equal opportunity/affirmative action institution.

d. In this email with a ARSC financial staff member about the Gala Center reservation and the Tupelo catering, Dr. Baptist cited "research subjects:"

 Outlook

### Re: Receipts for 5/15-5/19 and 5/21-5/26 Trips

From Najja K. Baptist <nbaptist@uark.edu>
Date Thu 5/29/2025 9:12 AM
To    Grace Gierach <ggierach@uark.edu>

Also, smart carte does not give receipts for carts. Please fill out the form on my behalf.

Justification for Event Expenses

The expenditures of $1,600 covers the rental of the Gala Event Center as the venue and $500 for catering services provided by Tupelo Honey Kitchen for an upcoming focus group and community meeting. The Gala Event Center was selected due to its accessible location, appropriate capacity, and necessary amenities to facilitate productive discussions and community engagement. Tupelo Honey Kitchen was chosen for their quality catering, which will ensure attendees are comfortably nourished and engaged throughout the event. These purchases are essential to creating a professional, welcoming environment that encourages meaningful participation and gathers valuable input from research subjects who are community members.

Get Outlook for Android

2. **VRBO:** June 7-10
    a. In his discussion with Dean Raines on July 3, 2025, Dr. Baptist confirmed the VRBO Pawley's Plantation Villa stay on his wedding night, and the few days thereafter were "university meetings."
    b. As previously indicated, Dr. Baptist stated he was "interviewing subjects" there during the period he was at the Villa.

3. **Per Diem:** June 8-10
    a. In his discussion with Dean Raines on July 3, 2025, Dr. Baptist confirmed he was conducting research when he charged the *per diem* expenses.
    b. In a follow up meeting on July 11, 2025 with Dean Raines, he affirmed again that this was a research trip. He gave no justification or explanation for any research conducted after June 10 for a research trip that he extended to July 13th.

**Focus Group**

1. In the meeting on July 11, 2025, with Dean Raines:

a. Dr. Baptist said this was "not a true focus group" but a group of older people concerned about the political environment who did not want to be identified.

b. Dr. Baptist said there were no invitations, fliers or advertisements sent but participants were contacted one-by-one.

2. Dr. Baptist provided the following email from an individual who identifies himself as a focus group participant.

| From: | Brian Raines |
|---|---|
| To: | Donna F Johnson; Stephanie Ricker Schulte; Bill Kincaid |
| Subject: | Fw: Focus Group Invitation |
| Date: | Thursday, July 3, 2025 1:19:08 PM |

Brian

Brian Raines

Dean, Fulbright College of Arts and Science

University of Arkansas

From: Najja K. Baptist <nbaptist@uark.edu>
Sent: Thursday, July 3, 2025 12:37:06 PM
To: Brian Raines <beraines@uark.edu>
Subject: Fw: Focus Group Invitation

Dear Brian:

Below you will find an email from participant John Verdjo. The south Carolina coordinator will send his email later today once back at his office.

Best,

Najja

Get Outlook for Android

From: John Verdejo <jrverdejo@gmail.com>
Sent: Thursday, July 3, 2025 1:20:48 PM
To: Najja K. Baptist <nbaptist@uark.edu>
Subject: Focus Group Invitation

**From:** John Verdejo <jrverdejo@gmail.com>
**Sent:** Thursday, July 3, 2025 1:20:48 PM
**To:** Najja K. Baptist <nbaptist@uark.edu>
**Subject:** Focus Group Invitation

You don't often get email from jrverdejo@gmail.com. Learn why this is important

Dr. Baptist,

I recently attended a focus group conducted on political attitudes in Columbia, SC, on June 7 and in Pawley's Island, SC, from June 8-10. Dr. Baptist invited me.

The session in Columbia involved a diverse group of 70 participants, providing valuable insights into current public sentiment. It was a joy to participate in.

Best,


John Verdejo
Democratic National Committee


Dr. Baptist also stated the following in an email to Dean Raines on July 3: "Dr. Joe Grant has given me permission to disclose his name. He is currently dealing with medical issues but he will write letter verifying that he is my local coordinator and helped facilitate my visit in May and ethnographic study in June. See attached screenshot. He just won't be able to send the letter until late today or tomorrow. Also, he explained that the floral wall was taken out by mistake. We were charged after the event for it. The original receipt can verify this. "

   a.  No screenshot was received.


3.  Dr. Baptist provided the following email from Dr. Grant on July 4:

**From:** Joe Grant <joegrnt7@gmail.com>
**Sent:** Friday, July 4, 2025 11:33:05 AM
**To:** Najja K. Baptist <nbaptist@uark.edu>
**Subject:** South Carolina Focus Groups

You don't often get email from joegrnt7@gmail.com. Learn why this is important
Dr. Baptist,

I was pleased to serve as the South Carolina coordinator for recruiting subjects to participate in the focus groups. I appreciate you being available for an emergency meeting in May to finalize the plans for the June studies. Our study, at the Gala Event Center, was unknown to me but will certainly be used in the future.

There was a large group (70) of diverse participants at the Columbia session. There was good participation in the Pawley's Island session as well. The study of the political attitudes of South Carolinians was a very useful exercise resulting in valuable information for future use. As always, it was a pleasure to be engaged in the scholarly work you are performing.

Best regards,
Joseph M. Grant, PhD

**Timeline and Locations of Wedding and Focus Group**

1. Dr. Baptist said the Gala Center and catering by Tupelo were for a focus group and not his wedding.
    a. In the July 3, 2025, meeting with Dean Raines:
        i.    Dr. Baptist reported the wedding reception took place in a "little community room" where his wife was staying and not at the Gala Center or catered by Tupelo Honey.
        ii.   He said the wedding happened at the United House of Prayer, but the reception location was announced verbally at the ceremony.
        iii.  He confirmed that the Gala Center and catering for 60-70 was for the focus group and that the wedding and reception were not held at the Gala Center or catered by Tupelo Honey.
        iv.  He noted that they only had cake and snacks at the reception and said that he could provide a receipt for those. No receipt has been provided.
        v.   He stated that he had to adjust the time on the reception to accommodate the focus group work he had already planned.

    c. In an email later on July 3, Dr. Baptist stated: "I am attaching a screenshot of the announcement that was sent to Bill [Schreckhise] via text. Our reception was supposed to be at the Tupelo restaurant. However, we cancelled it due to personal reasons. The invitation online was also incorrect. An announcement was made regarding the mix up and cancellation."

    Here is the referenced screenshot:



a. In an email on July 7 to Dean Raines, Dr. Baptist wrote: "The invitation sent to Bill was on May 3rd. After an emergency research meeting in South Carolina, my wife and I explored several alternative options, including holding the event at her community room. Even tupelo assumed we were still having a reception at one point but we didn't. Ultimately, we decided to cancel all venues for the reception to prioritize supporting my research.

The announcements were digital, but there were issues with the QR code, and website which prevented us from updating the location or timing details. Due to these technical difficulties, we discontinued the RSVP process and opted to make a verbal announcement about the cancellation and the change of plans during the wedding itself."

b. In a follow-up meeting on June 11, 2025, with Dean Raines:

   i. Dr. Baptist said there was a cancellation of the reception and not a change of venue as he stated in the earlier meeting. He said there was no cake, no snacks, and no photographer.

ii. Dr. Baptist was asked to provide all photographic evidence of the wedding and the reception including location metadata, time stamps, etc. Two photos were provided. He states there are no additional photos.



2. Dr. Baptist stated that the wedding and focus group were not co-located.

   a. In the July 11, 2025, meeting with Dean Raines, Dr. Baptist said that after the wedding "we got into a van and went to the Gala for a focus group."



3. Dr. Grant is reported to have participated in the focus group and also self-reports that he took part in the wedding.

    a. In the timeline provided by Dr. Baptist, called "June 7, 2025 – Timeline of Activities," he noted:

- 11:00 AM: A representative, Dr. Grant, arrived at the Gala Event Center to assist with setup and accommodate early arrivals.
- Noon: Most focus group and community meeting participants began to arrive at the venue.
- 11:30 AM – 12:30 PM: The wedding ceremony took place at the designated location.
- 12:30 PM – 1:00 PM: Transition period between the wedding ceremony and the start of the focus groups and community meeting.
- 1:00 PM: Focus groups and community meeting activities commenced at the Gala Event Center.
- Throughout the afternoon, the focus groups/observation and community activities continued, with the event concluding around *4:30 PM

to allow for cleanup and removal of any trash or debris from the center.

a. Joe Grant—identified in Dr. Baptist's timeline as arriving early to set up at the focus group location—wrote on social media that he was "invited" to the wedding and found the ceremony "beautiful."



4.  Dr. Baptist provided this image of the wedding venue:



## Notes re Conduct of Research:

1. In the July 3, 2025, meeting, Dr. Baptist said he would provide "interview notes" from his focus groups. Later that day, by email, he provided four pages of handwritten notes that were recorded on Doubletree hotel stationery.  The documents are labeled as "initial notes from Columbia and Pawley Island."

6/7 - Columbia, SC

- 10 [illegible] of 7 pp 1 [illegible]
- City table discussed the details of [illegible]
  [illegible] not prior [illegible] of [illegible]
- [illegible] - [illegible] to [illegible] [illegible]
  [illegible]

Table 2-4
  - [illegible] issue of [illegible]
  [illegible]

Table 3
  - Most [illegible] (FS) referred to
  [illegible] issue of per [illegible]

[illegible] Verdugo - PLC [illegible]

[illegible] Grant - S.C. [illegible] [illegible]

[illegible] interest in the return of [illegible]
[illegible] to [illegible] of [illegible] [illegible]
[illegible] were [illegible]

**Your Warm Cookie Awaits**

DOUBLETREE
by Hilton

_Abt in pen _____ the _____

—Create ____ _____

Tasks 4, 7, 9,
- Mainly spoke about _____ new people
and the _____ of _____ Rights
  ↳ did not know about _____
  ↳ did not know that any _____
  that make

Tasks 5 & 6
- There is a _____ difference in (a) of
_____ volume of _____ was found

[illegible] Island 6/7 - 6/10

6/8 [illegible] begin w/ expressing the [illegible] of [illegible]

[illegible] [illegible] w/ an. other
and [illegible] [illegible] social/ issues

- As issues [illegible] subjects [illegible]

Issues gradually escalate to political issues
- [illegible]
- Healthcare
- [illegible]

6/9 - 6/10
Analysis of [illegible] expressions

- Client express difficulty w/ creating new forums of solidarity amongst citizens

- will follow up about new policies in later [illegible]

Your Warm Cookie Awaits

DOUBLETREE by Hilton



2. Dr. Baptist reported that he has no pictures or recordings from the focus group meeting. And that the research he is doing does not lend itself to supplying documentation. He said participants "need to stay anonymous."

3. In an email on July 7, he wrote "The materials I submitted [the four pages of handwritten notes] were field notes that offered valuable insights into participants' political attitudes and informed the development of upcoming experiments and survey questions. While handwritten notes are not the ideal form of documentation, they were useful given the circumstances.

It is important to note that many participants did not feel comfortable giving formal consent to be recorded or photographed due to concerns about the current political climate. Several expressed concerns about potential retaliatory actions from their employers or associates, and due to the demographics of the groups. Under federal IRB regulations, I am not permitted to record or document participants without their explicit consent."

4. Dr. Baptist was asked to provide notes from the research he conducted during the month of June in Tennessee, and he said he would initially, but later noted he only had documentation from the June 7 focus groups.

**IRB Protocols and IRB Full Board Finding:**

1. A question reviewed was whether any Institutional Review Board (IRB) approved protocols for human subjects research existed during the time Dr. Baptist indicates that he was undertaking interview research.  The question is relevant to the appropriateness of paid travel to conduct such research during the period at issue and whether such research occurred.
2. Dr. Baptist cited IRB protocols:
    a. In the July 3, 2025 meeting, Dr. Baptist noted he had an IRB for 4 years that covered 5 institutions and that Ro Windwalker could corroborate that information.
    b. He said his IRB from the University of Maryland prohibited him from violating subject and collaborator anonymity because his "research partners" were also "participants."

3. No active IRB protocols for participant research existed at the University of Arkansas during the time period of Dr. Baptist's travel to Memphis and Columbia, SC. Unless falling outside the definition of "research," only data collected using human subjects while the researcher holds an active IRB protocol or an approved exemption can be used for publications or other research artifacts.
    a. Dr. Baptist's UA IRB protocols have all expired:
        i. Protocol 2106341904 appeared to have been associated with an NSF grant, expired on 4/20/2024.
            1. On 2/22/24, he was sent a reminder for renewal. In previous years, he has chosen to renew but this time no renewal was submitted.
        ii. The other protocol 2008277311 indicated that it applied to UA students and it was from Sept 2020.
        iii. We found no IRB protocols pending approval.

4. On July 3, 2025, Dr. Baptist emailed Dean Raines and stated: "You will be receiving additional correspondence from political[l]leaders who attended the event. IRB approval is not need[ed] for public officials."
   a. Dr. Baptist may be referring to a specific exemption that appeared in a prior version (2016) of the human subjects research regulations.
   b. Under the UA's Human Subjects Protection procedures, even if a protocol falls within a category of exempt research, a protocol is submitted and the IRB Coordinator makes the final determination regarding whether a project qualifies for an exemption.

5. Dr. Baptist reported to Dean Raines that no IRB violation occurred.
   a. In the July 11, 2025 meeting with Dean Raines, Dr. Baptist noted he had met with [IRB Coordinator] Ro Windwalker and the committee that morning and "there was no IRB violation."
   b. He said Ms. Windwalker "took full responsibility" for forgetting that he is covered until 2027. He asked that Dean Raines please talk to Ms. Windwalker about what happened with the committee.

6. The UA IRB Full Board found that non-compliance with university policy occurred and required corrective action through submission of a new protocol and training, but the violation was not considered serious, applicable regulations were not violated and no sanctions were recommended.
   a. On 7/11/25, the UA IRB Full Board discussed potential non-compliance for Dr. Baptist's expired protocol (2106341904).
   b. Documentation provided by Ro Windwalker (below) shows the Board's finding and requirements.

7. Per the UA Office of Research Integrity and Compliance, an exemption for a multiinstitution research project in which Dr. Baptist is a participant has been approved by Georgia State, which is the lead institution on the project. The exempt determination was in place during the relevant period. A reliance agreement between UA and Georgia State that would recognize Georgia State's determination as applicable to Dr. Baptist, as a UA researcher was previously not in place but is now pending.

8. This IRB protocol (2106341904) states: "The bulk of participant observations will be conducted in Durham, Fayetteville, and Atlanta." The words "Columbia" or "South Carolina" do not appear in this protocol.

July 15, 2025

MEMORANDUM

TO:                          Najja Baptist
FROM:                        Ro Windwalker
IRB Coordinator

RE:                          Non-Compliance Determination

IRB Protocol #:              2106341904

Protocol Title:              *Transformative American Politics: Examining the role of organization and movements in reshaping politics and policymaking*

---

Your protocol was reviewed by a Non-Compliance Subcommittee of the IRB in the meeting on 07/11/2025. Having reviewed the protocol which was approved, and determining that approval was allowed to lapse on 4/20/2024 while grant activities connected with the study continue and the intention for the research is to continue, the finding of non-compliance is sustained. As the procedures which were conducted by the local investigator met regulatory requirements for exempt determination, and no regulations were violated, this was determined to be a single instance of non-compliance with institutional policy which was neither serious nor continuing, and no sanctions are recommended. However, the following corrective action is required:

- As the existing protocol's approval has been expired for over a year, please submit a new protocol in the system which can be used to enter into a reliance agreement with the primary reviewing institution. Please ensure that the new protocol:
    1. In the protocol Questionnaire tab, when asked if the protocol requires review by a non-UA IRB, is answered YES, and follow the resulting instructions for entering the information regarding the other institutional IRB on the Protocol tab;
    2. Include all collaborating investigator names and contact information in either a Note or a document in the Notes & Attachments tab; and
    3. Include a copy of the approval from the reviewing IRB in the Attachments section.
2. Complete the CITI Human Subjects Research training course for Social & Behavioral research investigators within 60 days after receipt of this determination.

If you have questions or need any assistance from the IRB, please contact me at 105 MLKG Building, 5-2208, or irb@uark.edu.

9. Dr. Windwalker notes that Dr. Baptist did request a three-year extension of his IRB protocol in 2023. He received an extension, but the approval letter had an expiration date of 2024.

10. Dr. Windwalker states that Dr. Baptist asserts that he did not receive a courtesy email reminder for renewal of the protocol in February 2024, although one was sent.

11. Dr. Windwalker states that the lack of a reliance agreement with other institutions involved with the research was due to an oversight on her part.

### Additional South Carolina Travel: $20,097.37

1. **Previous Trips to South Carolina**: $18,537.69
    a. Dr. Baptist has a longer university-funded travel history to Columbia, where Dr. Baptist's spouse lives.
    b. Trips date back as far as September 2024.
    c. On July 3, in the meeting with Dean Raines, Dr. Baptist was asked about one of those trips on May 8-9, one month before his wedding.
        i. He reported that last minute trip was to meet with his research partners, who were also focus group participants.
        ii. He said they spoke about securing a location for the focus group and that the conversation could not happen over the phone because "there were problems." He said he went there to meet face to face.
        iii. He said he had no documentation of the meeting because it was all "verbal conversations."
    d. A receipt for a stay in Columbia, SC at a Marriott June 30-July 1, 2025, shows "Number of Guests: 2"



*Note*: Having an employee's guest (such as a spouse) share lodging, at no additional expense to the University, for bona fide travel conducted on behalf of the University for purposes of official business, is not in and of itself prohibited. However, personal expenses of the guest (such as meals) should generally be borne by the guest.

2. **Pending Trip to South Carolina**: $1,559.68
     a. Dr. Baptist has a trip planned:
          i. Flight: departing 7/30/25 and returning 8/5/2025 ii.
          Hotel: booked starting 7/28/25

**Additional Outstanding Concerns Pertaining to Research and Travel Expenditures**:

1. Dr. Baptist took a number of research trips paid by the University of Arkansas since the expiration of his IRB Protocol. As discussed above, a researcher engaged in human subject research without an active IRB or an approved exemption cannot gather research data that can be published.

2. This time period of the expired protocol includes some charges to an NSF grant during the holiday break (included 12/24/24 and 12/25/24).

    a. In an email on July 7, Dr. Baptist stated: "I have researched on personal occasions such as my birthday, Christmas, and New Year's, and this was the only time we could gather these many participants in one space."

Access to the underlying records discussed in this summary will be made available to Internal Audit.