## Bill Kincaid

| | |
|---|---|
| **From:** | Chris Walker <cwalker@uasys.edu> |
| **Sent:** | Monday, December 15, 2025 5:17 PM |
| **To:** | Brian Raines |
| **Cc:** | Charles Robinson; Indrajeet Chaubey; Bill Kincaid |
| **Subject:** | FW: Dr. Najja Baptist: Response to Expense/Travel Review |

Good afternoon Brian,

Please note that Mr. JJ Thompson submitted a response to me today with data attached. I will forward the data to you and your team accordingly.


Thank you,

Chris Walker, CIA, CPA, CGMA
Internal Audit Director
University of Arkansas System
479-575-7161
cwalker@uasys.edu


**From:** JJ Thompson <Jthompson@thompsonandhowle.com>
**Sent:** Monday, December 15, 2025 7:51 AM
**To:** Chris Walker <cwalker@uasys.edu>
**Subject:** Re: Dr. Najja Baptist: Response to Expense/Travel Review

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning Chris,

Thank you for your correspondence and for taking the time to speak with me last week.

Dr. Baptist is complying fully and in good faith with the request to make immediately available any existing research-related documentation connected to the questioned travel. While we previously explained the constraints imposed by IRB protocols and participant-privacy obligations, we have nevertheless undertaken a substantial effort to provide extensive documentation and research output in anonymized and aggregate form, consistent with applicable research-ethics standards. It should be noted that IRB gives academics up to two years to process the kind of data that was demanded here in 7 days. Nevertheless, we have complied.

In particular, given the focus placed on the South Carolina travel, we are producing a comprehensive set of materials associated with that work, including anonymized focus-group transcripts, supporting research summaries, and contextual documentation reflecting the scholarly purpose and outcomes of those trips. The volume and substance of this production reflect the seriousness with which Dr. Baptist approaches both his research obligations and the University's concerns.

1

We also wish to clarify the role of Dr. Periloux Peay. While it may be accurate that Dr. Peay did not directly connect with Internal Audit during your outreach attempts; I have spoken with him extensively. As a central collaborator in this multi-institutional study and as the individual responsible for helping synthesize and organize the broader body of data now being produced, Dr. Peay has fully and unequivocally vouched for both the substance and value of Dr. Baptist's scholarly output. He contributed materially to the work underlying the documentation being provided and will testify - without hesitation - regarding the legitimacy of the research, the academic purpose of the travel, and Dr. Baptist's standing as a serious scholar.

The same is true of Dr. Baptist's other collaborators and cohorts involved in this project, who are prepared to attest to the nature, rigor, and value of the work conducted during the trips in question.

We sincerely hope that the breadth and depth of the materials now being submitted will resolve this matter or, at a minimum, put to rest the notion that Dr. Baptist was somehow "fleecing" the University while simultaneously misleading his fellow scholars and collaborators engaged in the same research endeavor. That narrative is inconsistent with the reality of the work performed, the corroboration available, and Dr. Baptist's professional reputation.

We appreciate the opportunity to provide this final production and trust it will be reviewed with the seriousness and fairness it warrants.

John Jerome "JJ" Thompson Sr.
jthompson@thompsonandhowle.com
ThompsonandHowle.com
294 N. Main St.
Cave Springs, AR 72718
Office: 479-844-4086
Cell: 479-430-2562

The information contained in this communication is confidential, may be subject to the attorney-client privilege, and should not be disclosed, except as expressly authorized. It is intended for use only by the addressee and is the property of Thompson & Howle Trial Lawyers, PLLC. Any unauthorized use, interception, disclosure, or copying of this electronic communication and/or any attachment hereto is strictly prohibited and may violate state and/or federal law, including the federal Electronic Communications Privacy Act and/or Stored Communications Act. If you are not the intended recipient, please notify us immediately by return email, do not forward or use the email or any attachment in any way and, instead, destroy this email and all attachments. Thank you in advance for your cooperation.

**From:** Chris Walker <cwalker@uasys.edu>
**Sent:** Tuesday, December 9, 2025 5:09 PM
**To:** JJ Thompson <Jthompson@thompsonandhowle.com>
**Cc:** Najja Baptist <nbaptist@uark.edu>
**Subject:** RE: Dr. Najja Baptist: Response to Expense/Travel Review

Mr. Thompson,

Per your request, I discussed what would be expected of "aggregated data" with the University and received the following response. The data should be evidence that interviews, focus groups, or surveys were conducted, and that the data collected could be used in research publications. The data should include corroboration of specific dates, locations, number of participants, and methods of collection.

2

Thank you,

Chris Walker, CIA, CPA, CGMA
Internal Audit Director
University of Arkansas System
479-575-7161
cwalker@uasys.edu

**From:** Chris Walker
**Sent:** Friday, December 5, 2025 4:32 PM
**To:** 'Najja Baptist' <nbaptist@uark.edu>; JJ Thompson <jthompson@thompsonandhowle.com>
**Cc:** Charles Robinson <cfrobins@uark.edu>; Indrajeet Chaubey <chaubey@uark.edu>; Brian Raines <beraines@uark.edu>; Bill Kincaid <wkincaid@uark.edu>
**Subject:** Dr. Najja Baptist: Response to Expense/Travel Review

Good afternoon Dr. Baptist and Mr. Thompson,

We have reviewed and considered your responses to the questioned costs submitted to you on October 1, 2025. One of our objectives was to obtain any additional existing supporting documentation to ensure adequate expense justification for the University which we requested in the meeting and subsequent correspondence. To date, none has been provided. Your response stated in part that you conducted research using focus groups, interviews, and observation, with subject recruitment often in-person and with local organizers on each of the trips questioned. Also, that all documents were approved and on file with the Institutional Review Board (IRB), and that resulting data are protected by privacy laws and IRB guidelines. Additionally, there were references for Internal Audit to contact Dr. Periloux Peay. It should be noted that we previously attempted to contact Dr. Peay on September 29, 2025 and October 2, 2025 with no response.

In consideration of your response, we consulted with Fulbright College management who in turn consulted with campus officials responsible for the IRB and research compliance. These officials determined there are no applicable IRB oversight requirements, provisions of the Common Rule, or federal privacy restrictions that would prohibit the disclosure of aggregate and anonymized materials related to research projects in connection with this internal audit. Further, they do not approve of the UHOP related and other questioned trips as research and/or business related expenses for the University due to the lack of documentation available. Additionally, no conflict-of-interest and commitment disclosures were made by Dr. Baptist regarding external affiliations and leadership roles with UHOP. We have been advised that the Office of Research Integrity and Compliance has been and remains available to provide guidance or assistance to Dr. Baptist, to ensure compliance with institutional policy, applicable confidentiality standards, and federal regulations in providing any available research evidence.

In the absence of the requested documentation, we can only assess the evidential matter available to us and have concluded there is insufficient documentation to support the business related purpose for all the questioned travel. In accordance with our processes, we presented our internal audit findings to Fulbright College management and discussed them with the Chancellor, Provost, and the Office of General Counsel. We have attached a copy of the draft finding for the travel expense testing related to the apparent loss identified in the audit. The loss specifically identifies and questions the South Carolina travel totaling $16,960.42 as personally related. Additionally, the other questioned travel totaling $31,383.84 has now been disallowed and included for a combined apparent loss of $48,344.26. The details of these questioned trips and dollar amounts have been previously provided.

Subsequent to our discussions with the University leadership, it has been universally agreed we provide a final opportunity for Dr. Baptist to make immediately available any existing research related documentation from the questioned travel, including what was stated could be made available in the communication to Internal Audit on October 15, 2025. Please provide this documentation by end of business December 12, 2025. We, or the University, will work with you to obtain the documentation using the most efficient means possible. If provided, University management will review the documentation to determine if the research documentation is sufficient to justify the related travel expenses. Any changes to the apparent loss finding related to travel expense testing deemed necessary would be included in a draft internal audit report. The draft report will include key background information, a timeline of events, all audit findings, and an apparent loss calculation. Fulbright College and other University management will respond to our findings with action plans to address what has been recommended. These responses will be included in the draft report that will be presented to the University's Board of Trustees for approval in accordance with our standard reporting process.

Thank you,

Chris Walker, CIA, CPA, CGMA
Internal Audit Director
University of Arkansas System
479-575-7161
cwalker@uasys.edu

Confidentiality Notice: This email message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable Arkansas laws. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction. Please notify the sender, by email or telephone, of any unintended recipients and delete the original message without making any copies.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**From:** JJ Thompson <Jthompson@thompsonandhowle.com>
**Sent:** Wednesday, October 15, 2025 5:02 PM
**To:** Chris Walker <caw033@uark.edu>
**Cc:** Najja Baptist <nkbaptis@gmail.com>; Office Manager <office@thompsonandhowle.com>; Harrison Howle <hhowle@thompsonandhowle.com>
**Subject:** Dr. Najja Baptist: Response to Expense/Travel Review

Hey Chris,

Attached are (1) our cover letter and (2) Dr. Baptist's expense report (Excel) addressing each questioned line. The letter lays out the NSF/IRB framework and our position that this should remain a compliance review, not a methods debate. If your team wants a methods-informed look, the NSF award file, IRB protocol, and a quick consult with field-methods faculty (e.g., Dr. Peay/Dr. Grant or your own ethnographers) will answer the rest.

Please confirm receipt. I'm available this week if a short call would help align next steps. Thank you again for all your work on behalf of the university and the taxpayers.

Best,

John Jerome "JJ" Thompson Sr.
jthompson@thompsonandhowle.com
ThompsonandHowle.com
294 N. Main St.
Cave Springs, AR 72718
Office: 479-844-4086
Cell: 479-430-2562

The information contained in this communication is confidential, may be subject to the attorney-client privilege, and should not be disclosed, except as expressly authorized. It is intended for use only by the addressee and is the property of Thompson & Howle Trial Lawyers, PLLC. Any unauthorized use, interception, disclosure, or copying of this electronic communication and/or any attachment hereto is strictly prohibited and may violate state and/or federal law, including the federal Electronic Communications Privacy Act and/or Stored Communications Act. If you are not the intended recipient, please notify us immediately by return email, do not forward or use the email or any attachment in any way and, instead, destroy this email and all attachments. Thank you in advance for your cooperation.