Services, and consistent with the concerns identified by Internal Audit, the College does not view the documentation furnished as valid evidence of research purpose.

These concerns include but are not limited to the replication of identical responses, lack of reported interaction between participants, presence of unusually formal and polished language that lacks filler words, fragments, contractions and false starts, variance in British and American spellings, unusual data collection dates that occurred on major holidays, lack of summary participant data, and metadata indicating batch document creation.

The College may supplement this response if additional detail becomes available.

Respectfully submitted, Stephanie

**Stephanie Ricker Schulte**
Associate Dean for Social Sciences | Fulbright College of Arts and Sciences
Professor | Department of Communication
Old Main 526D | 479 575 4804 | sschulte@uark.edu University
of Arkansas | Fayetteville, AR 72701

 UNIVERSITY OF ARKANSAS

Please do not feel obligated to respond outside of your normal working hours.

**From:** Chris Walker <cwalker@uasys.edu>
**Date:** Monday, December 15, 2025 at 5:44 PM
**To:** Brian Raines <beraines@uark.edu>
**Cc:** Stephanie Schulte <sschulte@uark.edu>, William Schreckhise <schreckw@uark.edu>, Bill Kincaid <wkincaid@uark.edu>, Traci Asher <TAsher@uasys.edu>, Anna Kate Geyer <AGeyer@uasys.edu>
**Subject:** FW: Dr. Najja Baptist: Response to Expense/Travel Review

Good afternoon Brian,

Attached is the data submitted by Mr. JJ Thompson for Dr. Najja Baptist this morning. Please briefly look over the contents and let me know if you can estimate the time needed to review.

It may be helpful for a brief meeting later this week to discuss expectations. Please let me know if you would like to discuss and I will set up a time for Wednesday or Thursday.

Thank you,

Chris Walker, CIA, CPA, CGMA Internal
Audit Director
University of Arkansas System
479-575-7161
cwalker@uasys.edu

**From:** JJ Thompson <Jthompson@thompsonandhowle.com>
**Sent:** Monday, December 15, 2025 7:55 AM
**To:** Chris Walker <cwalker@uasys.edu>

2

**Subject:** Re: Dr. Najja Baptist: Response to Expense/Travel Review

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Chris,

I'm sending the complete file here, please let me know if you have any trouble opening it.

Best,

John Jerome "JJ" Thompson Sr.

jthompson@thompsonandhowle.com ThompsonandHowle.com

294 N. Main St.

Cave Springs, AR 72718

Office: 479-844-4086

Cell: ███████

The information contained in this communication is confidential, may be subject to the attorney-client privilege, and should not be disclosed, except as expressly authorized. It is intended for use only by the addressee and is the property of Thompson & Howle Trial Lawyers, PLLC. Any unauthorized use, interception, disclosure, or copying of this electronic communication and/or any attachment hereto is strictly prohibited and may violate state and/or federal law, including the federal Electronic Communications Privacy Act and/or Stored Communications Act. If you are not the intended recipient, please notify us immediately by return email, do not forward or use the email or any attachment in any way and, instead, destroy this email and all attachments. Thank you in advance for your cooperation.

---

**From:** JJ Thompson <Jthompson@thompsonandhowle.com>
**Sent:** Monday, December 15, 2025 7:51 AM
**To:** Chris Walker <cwalker@uasys.edu>
**Subject:** Re: Dr. Najja Baptist: Response to Expense/Travel Review

Good morning Chris,

Thank you for your correspondence and for taking the time to speak with me last week.

Dr. Baptist is complying fully and in good faith with the request to make immediately available any existing research-related documentation connected to the questioned travel. While we previously explained the constraints imposed by IRB protocols and participant-privacy obligations, we have nevertheless undertaken a substantial effort to provide extensive documentation and research output in anonymized and aggregate form, consistent with applicable research-ethics standards. It should be noted that IRB gives academics up to two years to process the kind of data that was demanded here in 7 days. Nevertheless, we have complied.

In particular, given the focus placed on the South Carolina travel, we are producing a comprehensive set of materials associated with that work, including anonymized focus-group transcripts, supporting research summaries, and contextual documentation reflecting the scholarly purpose and outcomes of those trips. The

3

volume and substance of this production reflect the seriousness with which Dr. Baptist approaches both his research obligations and the University's concerns.

We also wish to clarify the role of Dr. Periloux Peay. While it may be accurate that Dr. Peay did not directly connect with Internal Audit during your outreach attempts; I have spoken with him extensively. As a central collaborator in this multi-institutional study and as the individual responsible for helping synthesize and organize the broader body of data now being produced, Dr. Peay has fully and unequivocally vouched for both the substance and value of Dr. Baptist's scholarly output. He contributed materially to the work underlying the documentation being provided and will testify - without hesitation - regarding the legitimacy of the research, the academic purpose of the travel, and Dr. Baptist's standing as a serious scholar.

The same is true of Dr. Baptist's other collaborators and cohorts involved in this project, who are prepared to attest to the nature, rigor, and value of the work conducted during the trips in question.

We sincerely hope that the breadth and depth of the materials now being submitted will resolve this matter or, at a minimum, put to rest the notion that Dr. Baptist was somehow "fleecing" the University while simultaneously misleading his fellow scholars and collaborators engaged in the same research endeavor. That narrative is inconsistent with the reality of the work performed, the corroboration available, and Dr. Baptist's professional reputation.

We appreciate the opportunity to provide this final production and trust it will be reviewed with the seriousness and fairness it warrants.

John Jerome "JJ" Thompson Sr.

jthompson@thompsonandhowle.com

ThompsonandHowle.com

294 N. Main St.

Cave Springs, AR 72718

Office: 479-844-4086

Cell: ███████

The information contained in this communication is confidential, may be subject to the attorney-client privilege, and should not be disclosed, except as expressly authorized. It is intended for use only by the addressee and is the property of Thompson & Howle Trial Lawyers, PLLC. Any unauthorized use, interception, disclosure, or copying of this electronic communication and/or any attachment hereto is strictly prohibited and may violate state and/or federal law, including the federal Electronic Communications Privacy Act and/or Stored Communications Act. If you are not the intended recipient, please notify us immediately by return email, do not forward or use the email or any attachment in any way and, instead, destroy this email and all attachments. Thank you in advance for your cooperation.

**From:** Chris Walker <cwalker@uasys.edu>
**Sent:** Tuesday, December 9, 2025 5:09 PM
**To:** JJ Thompson <Jthompson@thompsonandhowle.com>
**Cc:** Najja Baptist <nbaptist@uark.edu>
**Subject:** RE: Dr. Najja Baptist: Response to Expense/Travel Review

Mr. Thompson,

Per your request, I discussed what would be expected of "aggregated data" with the University and received the following response. The data should be evidence that interviews, focus groups, or surveys were conducted, and that the data collected could be used in research publications. The data should include corroboration of specific dates, locations, number of participants, and methods of collection.

Thank you,

Chris Walker, CIA, CPA, CGMA

Internal Audit Director

University of Arkansas System

479-575-7161 cwalker@uasys.edu

5