

Fulbright College of Arts & Sciences
*Dean's Office*

March 12, 2026
Chancellor Charles Robinson
425 Administration Building
University of Arkansas
Fayetteville, AR 72701

Provost and Executive Vice Chancellor for
Academic Affairs Indrajeet Chaubey
422 Administration Building
Fayetteville, AR 72701

Dear Chancellor Robinson and Provost Chaubey:

Pursuant to University of Arkansas Board of Trustees Policies 405.1.IV.C and 405.4.III.A, as well as Academic Policy Series 1405.11.VII.A.1, I am writing to notify you that I am recommending that Dr. Najja Baptist be dismissed from employment for cause. As required under Board Policy 405.1.IV.C and Academic Policy Series 1405.11.VII.A.1, the grounds for dismissal are set forth in the attached letter to Dr. Baptist, which is incorporated herein by reference.

The Board Policy requires me to forward the grounds for dismissal to the Chancellor through the Provost. Accordingly, I respectfully request that Provost Chaubey forward a copy of this letter (along with the letter to Dr. Baptist) to Chancellor Robinson, together with the referenced attachments.

As you will see, consistent with Board of Trustees Policies 405.1.IV.C.1.a, I met with Dr. Baptist to discuss the reasons that I was considering his dismissal prior to making my recommendation.

Please let me know if you have any questions.

Sincerely,

Brian Raines
Dean, Fulbright College of Arts and Sciences

Attachments

cc:   Bill Schreckhise, Chair, Political Science  Najja
      Baptist (with attachments)


Old Main 525 • Fayetteville, AR 72701 • 479-575-3684 • fulbright.uark.edu
*The University of Arkansas is an equal opportunity institution.*