

UNIVERSITY OF
ARKANSAS.

Office of the Chancellor

March 16, 2026

Dr. Najja Baptist
Department of Political Science
1 University of Arkansas
Fayetteville, AR 72701

Via email to nbaptist@uark.edu

Dear Dr. Baptist:

As you are aware, on March 12, 2026, Dean Brian Raines recommended that you be dismissed from employment for cause pursuant to Board of Trustees Policy 405.1. IV.C and 405-4.III.A, and Academic Policy Series 1405.11.VII.A.I.

I agree with the Dean's recommendation and the grounds stated and so I am writing to you, consistent with Board of Trustees Policy 405.1.IV.C.2, to initiate the formal proceedings to consider the recommendation to dismiss you from employment for cause. As required by the Board Policy, attached please find the recommendation for your dismissal and the grounds for it, as reflected in the March 12, 2026, recommendation from Dean Raines.

As required by the Board policy, you have two weeks from the date of the mailing of this letter to inform me whether you wish to have a formal hearing and to provide me with a written answer to the statement of grounds for your dismissal. That date would be March 27, 2026.

In the event you request a hearing, Board of Trustees Policy 405.1.IV.C provides you with certain procedural rights at the hearing, including the right to the participation of a representative, the right to question witnesses, the right to have the aid of the Hearing Committee in securing witnesses where possible, and the right to have the proceedings recorded. Board Policy 405.1.IV.C and Academic Policy Series 1405.11.VII further identify these and other specified procedural rights; a copy of these two policies is attached. Upon the conclusion of proceedings, the Hearing Committee makes a recommendation to the President of the University of Arkansas System for a decision.

If you request to proceed with a hearing, I will furnish the Hearing Committee with a copy of the grounds for dismissal, together with your answer to the Hearing Committee. The Hearing Committee shall be responsible for specifying the time and place for the hearing. Academic Policy Series 1405.11.VII specifies that the members of the Faculty Senate Committee on Appointment, Promotion and Tenure shall serve as

425 Administration Building 0 1125 W. Maple Street o Fayetteville, AR 72701 479-575-3836 www.uark.edu
The University of Arkansas is an equal opportunity institution.

members of the Hearing Committee. No member of the Hearing Committee shall be from the Department of Political Science.

Again, if you desire a formal hearing, please provide your written answer to the recommendation for dismissal and your request for a hearing by close of business on March 27, 2026. Consistent with the Board policy, if you do not request a hearing by the close of business on that date, this matter will be concluded and your last day of employment will be March 27, 2026.

Sincerely,

*Charles Robinson*

Charles F. Robinson
Chancellor

Attachments (Dean's letters to Provost, Chancellor, and Dr. Baptist,; other attachments available through Dean's Box link).

cc: Provost and Executive Vice Chancellor for
    Academic Affairs Indrajeet Chaubey
Dean of Fulbright College of Arts
    and Sciences Brian Raines

The University of Arkansas is an equal opportunity institution.

Case 5:26-cv-05077-DCF     Document 2-8     Filed 04/13/26     Page 3 of 3 PageID #: 97