

UNIVERSITY OF ARKANSAS.

Office of the Chancellor

April 7, 2026

Dr. Najja Baptist
Department of Political Science
1 University of Arkansas
Fayetteville, AR 72701

*Via email to nbaptist@uark.edu*

Dear Dr. Baptist:

I have received the letter from you and your attorney dated April 6, 2026, in response to my notice of termination proceedings. I am writing to respond to certain matters raised in the letter. At the conclusion of the letter, it states the following:

*Accordingly, Dr. Baptist requests the following relief:*

   *1.   A formal hearing under Board Policy 405.1 and Academic Policy Series 1405.11.*

   *2.   A stay of all dismissal-related action pending completion of that hearing and final decision.*

   *3.   A stay, rescission, or other preservation of the status quo with respect to compensation, workload, travel and funding restrictions, and the removal of Dr. Baptist from the AAST directorship, to the fullest extent permitted by University policy, while the dismissal recommendation is contested.*

   *4.   Immediate written confirmation of a preservation hold covering all documents, emails, text messages, drafts, metadata analyses, Box materials, audit workpapers, FOIA-responsive records, and communications relating to Dr. Baptist; Dean Brian Raines; Chancellor Charles F. Robinson; Provost Indrajeet Chaubey; William Schreckhise; Stephanie Schulte; Donna Johnson; Chris Walker; Bill Kincaid; Jim Gigantino; UAPD; Internal Audit; the Division of Research and Innovation; the March 11, 2026 meeting; the March 12, 2026 recommendation; the March 16, 2026 Chancellor letter; and all related personnel, travel, research, and area-studies matters.*

425 Administration Building ● 1125 W. Maple Street ● Fayetteville, AR 72701 ● 479-575-3836 ● www.uark.edu
*The University of Arkansas is an equal opportunity institution.*

First, based on your request, consistent with Board of Trustees Policy 405.1 and Academic Policy Series 1405.11, I will contact the Chair of the Faculty Senate Committee on Appointment, Promotion, and Tenure, and ask him to convene a hearing on your proposed dismissal.

Second, consistent with the policies, no further action will be taken on your dismissal pending consideration of the matter by the Committee.

Third, especially in light of the audit findings, the Dean has provided adequate grounds for suspension of your travel, travel card, and access to support funding. Accordingly, the suspension of your travel, travel card, and funds access remains in place. Further, your administrative appointment as Director of the African and African American Studies program is at the pleasure of the Dean, pursuant to Board of Trustees Policy 405.1.II.B, and your removal as Director of AAST is not subject to review. Beyond that, Dean Raines has provided an appropriate basis for taking this action.

Fourth, in response to your request, I will direct that a suitable preservation notice be issued.

I need to address one additional matter raised in your letter, which is your assertion that Dean Raines has engaged in "racially hostile conduct," including an alleged statement by Dean Raines regarding service of Black people "in positions of power." Your letter states that the University "failed to meaningfully address that conduct report." I have inquired about your statement and have received a copy of a memorandum of determination dated October 28, 2025, which reflects the findings of an investigation conducted by the Office of Equal Opportunity, Compliance, and Title IX into a complaint that you provided against Dean Raines. That investigation thoroughly reviewed your concerns and concluded that your allegations of discrimination and harassment against Dean Raines were false. I am attaching a copy of that memorandum for your reference. Accordingly, your claim that the University "failed to meaningfully address" the conduct report is not accurate.

Sincerely,

Charles F. Robinson
Chancellor

Attachment