Dear Najja Baptist,

This is our final reminder that the University of Arkansas customer invoice listed below is currently outstanding. **Penalties & frequently asked questions** are addressed further in this message, so please read everything carefully to ensure you fully understand the ramifications and whom you should contact for questions/concerns.

**Invoice #:** CI-00182558
**Amount:** $48,306.80

## *Payroll Deduction and Penalties*
At this time, we are *required* by UA Board of Trustees Policy 405.2 to submit the outstanding balance for involuntary payroll deduction and, if applicable, a hold(s) has been placed on your student account per Fayetteville Policy and Procedure 505.0.

## *FAQ's*
**For questions about the invoice**, please contact the department which created it as we have access only to the information provided on the invoice itself.
**For questions about payments**, please contact us at treainv@uark.edu as this message was sent from an unmonitored email account and messages sent to our general office email, 'treainfo', will be rerouted to us.
**If you have not received your invoice** and/or do not know the department of origin, please let us know at the aforementioned treainv@uark.edu and we will assist however we are able.

We appreciate your time and look forward to resolving this debt!

## Customer Invoice Collections Team
**University of Arkansas, Treasurer's Office**
(479) 575-5651 (#5) | treainv@uark.edu | https://treasurer.uark.edu/
640 N Garland Ave, Ste #108, Fayetteville, AR 72701

*\*\*This notification is part of the mandatory employee invoice collections process maintained in accordance with the aforementioned UAF Board of Trustees and Fayetteville policies which begins approximately one week following the invoice's billing. As such, these do not provide invoice-specific information but refer to an invoice which should already have been received by the customer.\*\**