View Event: Request Process: Credit Card
Request (New): Najja K. Baptist

10:51 AM
05/05/2026
Page 1 of 3

| | |
|---|---|
| **For** | Request: Credit Card Request (New): Najja K. Baptist |
| **Overall Process** | Request Process: Credit Card Request (New): Najja K. Baptist |
| **Overall Status** | Successfully Completed |
| **Calendars In Use** | Consecutive Days (No Calendars Selected) |

### Details

| | |
|---|---|
| **Request** | Request: Credit Card Request (New): Najja K. Baptist |
| **Request Type** | Credit Card Request (New) |
| **Request Date** | 02/03/2025 09:36:01.472 AM |
| **Request ID** | |
| **Requester** | Najja K. Baptist |

| | |
|---|---|
| **Completion Date** | 02/07/2025 05:15:01.120 PM |
| **Resolution** | Done |

| Question | | Answers |
|---|---|---|
| Please select a credit card type that you're requesting | Answers | Travel Card |
| Select the type of Travel Card. | Answers | Traveler Card |
| All cardholders are required to complete training and to follow all policies and procedures established for use of the Travel Card. | Answers | I will complete all required training and agree to follow all policies and procedures established for use of the Travel Card. |
| Please specify your requested monthly limit and transaction limit. Be sure to include your reason for requesting a custom tier. | Answers | $10,000. My grant requires me to travel extensively, and I have to pay for flight upgrades and other expenses due to ▉▉▉▉▉ |
| **Comments** | | |
| As the cardholder, you are personally responsible for the safekeeping of the credit card assigned to you, and that absolutely no one, other than yourself, is permitted to use the credit card assigned to you without an approved Cardholder Delegation Form for that individual. | Answers | I accept full personal responsibility for the safekeeping of the credit card assigned to me, and that absolutely no one, other than myself, is permitted to use the credit card assigned to me unless I have obtained Cardholder Delegation approval for that individual. |
| It is the cardholder's responsibility to obtain fair and reasonable prices for purchases on behalf of the Institution. | Answers | I understand my financial commitments to obtain fair and reasonable prices on behalf of the Institution. |
| Institutional credit cards are restricted to Institution related business purchases only. They can not be used for non-Institution related business, unauthorized purchases, or for personal purchases. | Answers | I will not use the credit card for non-Institution related business, unauthorized purchases, or personal purchases. |

This document was generated by Workday on behalf of the University of Arkansas System and its member institutions and organizations.

**Defendants' Exhibit 1**
**Page 1 of 3**

View Event: Request Process: Credit Card
Request (New): Najja K. Baptist

10:51 AM
05/05/2026
Page 2 of 3

| Question | Answers | |
|---|---|---|
| It is the cardholder's responsibility to report the theft or loss of my PCard to Bank of America by phone at 1-800-732-9194 or my TCard to Bank of America by phone at 1-888-449-2273 and notify the Institution's Credit Card Administrator. | Answers | I will immediately report the theft or loss of my PCard or Travel Card to Bank of America by phone at 1-800-732-9194 or my TCard to Bank of America by phone at 1-888-449-2273 and notify the Institution's Credit Card Administrator. |
| The use of the credit card does not exempt the cardholder from purchasing requirements as set forth in Institution's policies, procedures, and guidelines. | Answers | I understand that the use of the credit card does not exempt me from purchasing requirements as set forth in Institution's policies, procedures, and guidelines. |
| Cardholders cannot use the credit card as a financial reference to obtain personal credit cards or loans. | Answers | I understand that I cannot use the credit card as a financial reference to obtain personal credit cards or loans. |
| I understand that I am personally responsible for obtaining ALL original detailed receipts (purchase and credit documents) and submitting them in accordance with Institution's procedures. I will maintain all receipts for the fiscal year until notified by the eProcurement Office/Business Office to destroy them. | Answers | I understand that I am personally responsible for obtaining ALL original detailed receipts (purchase and credit documents) and submitting them in accordance with Institution's procedures. I will maintain all receipts for the fiscal year until notified by the eProcurement Office/Business Office to destroy them. |
| Any and all purchases made by the cardholder will be recorded and reviewed in management reports, to ensure compliance with Purchasing and PCard/ Travel Card guidelines. | Answers | I understand that any purchases made by me will be recorded and reviewed in management reports, to ensure compliance with Purchasing and PCard/Travel Card guidelines. |
| Cardholders must surrender the credit card immediately upon request or upon termination of employment for any reason. | Answers | I agree to surrender the credit card immediately upon request or upon termination of employment for any reason. |
| Failure to follow any of the above-listed terms & conditions or if found to have misused the credit card in any manner may result in:<br><br>- Revocation of the privilege to use the credit card<br>- Disciplinary action<br>- Termination of employment, and/or criminal charges being filed with the appropriate authority. | Answers | I understand failure to follow any of the above-listed terms & conditions or if found to have misused the credit card in any manner may result in: Revocation of the privilege to use the credit card, Disciplinary action, Termination of employment, and/or criminal charges being filed with the appropriate authority. |

Process

This document was generated by Workday on behalf of the University of Arkansas System and its member institutions and organizations.

**Defendants' Exhibit 1**
**Page 2 of 3**

View Event: Request Process: Credit Card
Request (New): Najja K. Baptist

10:51 AM
05/05/2026
Page 3 of 3

Process History

| Process | Step | Status | Completed On | Due Date | Person (Up to 5) | All Persons | Comment |
|---|---|---|---|---|---|---|---|
| Request | Request | Step Completed | 02/03/2025 09:36:01 AM | | Najja K. Baptist | 1 | Najja K. Baptist: Travel Card for Dr. Najja Baptist |
| Request | Approval by Manager | Approved | 02/03/2025 09:43:15 AM | | William D Schreckhise (Manager) () | 1 | |
| Request | Approval by Cost Center Manager | Approved | 02/03/2025 04:07:15 PM | | Brian Raines | 1 | |
| Request | Approval by Position Budget Specialist | Approved | 02/04/2025 09:42:44 AM | | Sungyoung Lee (Position Budget Specialist) | 1 | |
| Request | Approval by Department Head | Not Required | | | | 0 | |
| Request | Approval by Executive Approver | Not Required | | | | 0 | |
| Request | Approval by Credit Card Facilitator | Approved | 02/06/2025 11:48:19 AM | 02/06/2025 | Keifran Melvin (Credit Card Facilitator) | 1 | |
| Request | To Do: Enroll In/Complete Credit Card Training | Not Required | | | | 0 | |
| Request | To Do: Please Order the Credit Card | Step Completed | 02/06/2025 11:48:28 AM | 02/08/2025 | Keifran Melvin (Credit Card Facilitator) | 1 | Keifran Melvin: Card ordered |
| Request | To Do: Credit Card Training | Step Completed | 02/06/2025 11:48:39 AM | 02/08/2025 | Keifran Melvin (Credit Card Facilitator) | 1 | Keifran Melvin: Training information sent via email |
| Request | Complete Questionnaire | Step Completed | 02/07/2025 02:03:35 PM | 02/08/2025 | Najja K. Baptist (Initiator) | 1 | |
| Request | Approval by Credit Card Facilitator | Approved | 02/07/2025 05:14:53 PM | 02/09/2025 | Keifran Melvin (Credit Card Facilitator) | 1 | |
| Request | Close Request | Submitted | 02/07/2025 05:15:01 PM | 03/09/2025 | Keifran Melvin (Credit Card Facilitator) | 1 | |

This document was generated by Workday on behalf of the University of Arkansas System and its member institutions and organizations.

Defendants' Exhibit 1
Page 3 of 3