## Official Function Form

A.  Describe event and benefit to University of Arkansas:

Dr. Baptist will host an upcoming focus group and community meeting for his work in the Blair Center. The Gala Event Center was selected due to its accessible location, capacity, and amenities to facilitate productive discussions and community engagement. This event will create a professional, welcoming environment that encourages meaningful participation and gathers valuable input from research subjects.

B.  Attendees: Attendee list should include state and non-state employees. Please include Name, Title, and Company/Institution.
   (Note: May provide list as an attachment.)

Dr. Baptist- Assistant Professor at University of Arkansas

Approximately 75 research participants*

*Identities of research participants must remain confidential

C.  Location: The Gwynn Center- Columbia, SC

D.  Dates of Event: 6/7/25

   (Note: It is recommended that this form be approved PRIOR to the event.)

E.  Estimated Meeting Expenses:

| | | Notes: |
|---|---|---|
| Meeting Room/Rental Charges | $ 1620 | No Tips over 20%. |
| Food Expenses | $ 2280 | Sponsored Program funded meals per person limited to $20 for breakfast, $25 lunch, $45 for dinner. |
| Miscellaneous Expenses (Must Define): | $ | |
| Other (Must Define): | $ | NO ALCOHOL PURCHASED. |
| Total Estimated Meeting Expense | $ 4000 | Questions – Contact Business Services. |

F.  Return to: Najja Baptist          Department: PLSC/Blair Center
   (PRINT) Requester Name
   Email: nbaptist@uark.edu          Phone: (479) 575-4663

G.  Required Signatures: The requester and an approver at a higher level (i.e. budgetary head, dean, etc.).

Requested By: _____  Date: _____

Approved By: _William Schreckhise_  Date: 5/30/25

Approved forms are to be submitted along with a Requisition, PCard Receipt, Expense Report, Travel Claim, or Administrative TCard Receipt to Business Services.

Business Services Revised 5/26/2021

**Defendants' Exhibit 6**
**Page 1 of 1**