

New Message                Cancel

To: Najja Baptist Baptist

y=GRP&guestreslink2=t
rue&app=resvlink]

Wedding Reception: Our
reception will be hosted
at Tupelo Honey
Restaurant. Please note,
we can only
accommodate up to 60
guests for the reception
on a first come, first
serve basis. If you plan
to join us, make sure to
RSVP early!
Click the link -->
[https://
najjaandmadisonswed-
dingre.rsvpify.com/?
securityToken=zSBiGy-
hziVIbddabNSrX IHEYE-

+ | Text Message · RCS |

**Defendants' Exhibit 7**
**Page 1 of 7**







Defendants' Exhibit 7
Page 2 of 7

8:34

⊙ ...onsweddingre.rsvpify.com ⬆

# The Schedule

**Our Ceremony**
Saturday, June 7, 2025| 12 Noon
United House of Prayer for All
People

The ceremony will begin
promptly at 12 noon at the
United House of Prayer for All
People 2426 Read Street
Columbia, SC 29204.

**Private Dinner Reception**
Saturday, June 7, 2025|
@3:30pm
The Gala Event Center

This is a private dinner reserved
for our close family and friends.

**RSVP**

← → + 10 • • •

**Defendants' Exhibit 7**
**Page 3 of 7**



8:34

...onsweddingre.rsvpify.com

This is a private dinner reserved for our close family and friends. It will occur at The Gala Event Center 1801 Bush River Road Columbia, SC 29210. In lieu of gifts, we ask for monetary donations towards our honey moon.

## Venue Location

**RSVP**

Defendants' Exhibit 7
Page 4 of 7



8:35

◉ ...onsweddingre.rsvpify.com ⬆

## Kegistry

*Your presence is enough of a present to us!* But for those of you who are stubborn, we've put together a wish-list to help you out.

**Honey Fund**

# Questions?

Any questions?
Reach out to either Najja or
Madison directly.

**RSVP**



8:35



But for those of you who are stubborn, we've put together a wish-list to help you out.

**Honey Fund**

## Questions?

Any questions?
Reach out to either Najja or Madison directly.



Made with ✓ rsvpify

**RSVP**

**Defendants' Exhibit 7**
**Page 7 of 7**