**TRAVEL EXPENSE REIMBURSEMENT & RECONCILIATION FORM (TR-1)**

| | |
|---|---|
| **Traveler:** Najja K. Baptist | **ER#:** ER-0000242960 |
| **Mailing Address:** 1 University of Arkansas<br>Fayetteville, AR 72701<br>United States of America | **Fund:** FD201 |
| **Main Campus:** University of Arkansas, Fayetteville | **Cost Center:** CC012700 |

### MILEAGE REIMBURSEMENT REQUEST

| Date | Origin | Destination | Miles | Rate | Total |
|---|---|---|---|---|---|
| | | | | $0.52 | |
| | | **TOTAL MILAGE REIMBURSEMENT** | | | $0.00 |

### EXPENSE REIMBURSMENT REQUEST FOR MEALS

| Date | Destination | Total Meal Receipts |
|---|---|---|
| 09/22/2024 | Augusta, Georgia, United States of America | $44.25 |
| 09/23/2024 | Augusta, Georgia, United States of America | $59.00 |
| 09/24/2024 | Augusta, Georgia, United States of America | $59.00 |
| 09/25/2024 | Augusta, Georgia, United States of America | $59.00 |
| 09/26/2024 | Augusta, Georgia, United States of America | $59.00 |
| 09/27/2024 | Augusta, Georgia, United States of America | $59.00 |
| 09/28/2024 | Augusta, Georgia, United States of America | $59.00 |
| 09/29/2024 | Augusta, Georgia, United States of America | $59.00 |
| 09/30/2024 | Augusta, Georgia, United States of America | $44.25 |
| | **TOTALS** | $501.50 |

### OTHER REIMBURSABLE EXPENSES

| Date | Destination | Misc. Expenses | Expenses Amount |
|---|---|---|---|
| | **TOTAL EXPENSE REIMBURSEMENT** | | $0.00 |

### FINAL EXPENSE RECONCILIATION

| Expense Type | Total |
|---|---|
| Airfare - Commercial - Domestic | $87.20 |
| Airfare - Commercial - Domestic | -$49.48 |
| Car Rental - Domestic | $743.03 |
| Hotel Accommodations - Domestic | $1119.76 |
| Hotel Accommodations - Domestic | $386.00 |
| Parking - Domestic | $162.00 |
| Total of Reimbursable Expenses | $501.50 |
| **GRAND TOTAL** | $2950.01 |

| | |
|---|---|
| Najja K. Baptist | 10/11/2024 |
| Signature of Traveler | Date |
| William D Schreckhise | 10/12/2024 |
| Signature of Supervisor | Date |
| Donna Carter (Retired - Active) | 10/15/2024 |
| Signature of Travel Administrator | Date |

Defendants' Exhibit 11
Page 1 of 13

 Outlook

---

**Fwd: Booking Confirmation For XNA-Parking Deck-12919**

---

**From** Najja Baptist <nkbaptis@gmail.com>

**Date** Mon 10/7/2024 7:17 PM

**To**  Patrick Grimes <patrickg@uark.edu>

📎 1 attachments (247 KB)

388e8bec-1e47-4345-b0b1-979e91285353;

---------- Forwarded message ---------
From: <booking-noreply@flyxna.com>
Date: Sat, Sep 21, 2024, 8:04 PM
Subject: Booking Confirmation For XNA-Parking Deck-12919
To: <nkbaptis@gmail.com>



# Thanks for booking!

Your booking reference number is **XNA-Parking Deck-12919**

Please scan your QR code at the barrier when entering and exiting the airport parking facility. Any refund due to failure of this will result in refund of the parking reservation price and you will be charged the posted parking lot max daily rate.

To manage your booking please go to https://booking.flyxna.com/manage-booking/search/

## Your Parking

| | |
|---|---|
| **You booked:** | Parking Deck General |
| **Entry** | 06:00 AM 09/22/2024 |
| **Exit** | 11:00 AM 09/30/2024 |
| **License Plate** | AAOLD |

**Defendants' Exhibit 11**
**Page 2 of 13**



**Instructions: Parking lots** Upon reaching the parking lot, please do not pull a ticket. Simply scan the QR code, using your smartphone or printed email, at the gates to enter and exit the parking lot. If you need assistance please press the intercom.
**If the QR code does not display please go to manage booking and the QR code will be displayed there.**

to manage your booking please go to https://booking.flyxna.com/manage-booking/search/

Manage booking »

## Your Payment Details

**Booking Card:**        **** **** **** 7833
**Booking Value:**       $ 162.00

To change details or cancel booking, click here:

(cancellations will not be refunded within 24 hours of arrival)

Manage booking »

For further info or help regarding your airport parking, please visit our Parking FAQs page:

Parking FAQs »

**Defendants' Exhibit 11**
**Page 3 of 13**

# Your Directions

From Fayeteville AR (from the south)

Follow I-49 (formerly I-540) North to Hwy 612.
Go about 4 miles until you come to a "T" intersection.
Turn right onto Hwy 112 North / N. Main Street, Elm Springs.
Go about .9 miles and turn left on Wagner Drive (202) for about .8 miles and then turn right onto Colonel Myers Rd for 1.6 miles.
Turn left onto Hwy 264 West and follow for 1.4 miles. Airport entrance is on your right.

From Springdale, AR

Follow US Hwy 412 West to I-49 (formerly I-540) North to Hwy 612.
Go about 4 miles until you come to a "T" intersection.
Turn right onto Hwy 112 North / N. Main Street, Elm Springs.
Go about .9 miles and turn left on Wagner Drive (202) for about .8 miles and then turn right onto Colonel Myers Rd for 1.6 miles.
Turn left onto Hwy 264 West and follow for 1.4 miles. Airport entrance is on your right.

From Rogers, AR

Follow I-49 (formerly I-540) South to Exit #78 (Lowell/Cave Springs/Rogers Exit).
Turn right onto Hwy 264 West. Go about 5 miles until you come to a "T" intersection in Cave Springs.
Turn right onto Hwy 112/264.
Go about 4/10th mile on Hwy 112/264.
Turn left onto Hwy 264 West and follow for 3.5 miles. Airport entrance is on your right.

OR

Follow Hwy 62 West (Walnut) to Hwy 12 West into Bentonville.
Continue on Hwy 12 West to Vaughn.
Approximately 1.5 miles south of Vaughn is the north entrance to the airport on your left.

From Bentonville, AR (from the North)

Follow 71 Business South to "Rainbow Curve" near the Clarion Hotel.
Take Hwy 12 West towards Gentry. Continue on Hwy 12 to Vaughn.
Approximately 1.5 miles south of Vaughn is the north entrance to the airport on your left.

OR

Follow Hwy 102 West through Centerton.
About ¼ mile beyond the Centerton Inn, turn left onto Hwy 279 South.
Follow 279 South to Vaughn (where 279 intersects with Hwy 12).

**Defendants' Exhibit 11**
**Page 4 of 13**

Approximately 1.5 miles south of Vaughn is the north entrance to the airport on your left.

From Siloam Springs, AR (from the west)

Follow 412 West into Siloam Springs.

Turn left onto Hwy 59 North.
In Gentry turn right onto Hwy 12. Go 8 miles to Highfill.
Turn right onto Hwy 264 East. Follow 264 East about 3.5 miles. The airport entrance is on your left.

OR

Follow US Hwy 412 East through Tontitown. Turn left onto Hwy 112.
Follow 112 North to Cave Springs. Turn left onto Hwy 264 West.
Follow 264 West for 3.5 miles. Airport entrance is on your right.

Northwest Arkansas National Airport | One Airport Blvd., Suite 100, Bentonville, AR 72713, USA

**Defendants' Exhibit 11**
**Page 5 of 13**

 Outlook

---

**Your purchase receipt - IIWQZU**

---

**From** American Airlines <no-reply@info.email.aa.com>

**Date** Sat 9/14/2024 6:07 PM

**To** Patrick Grimes <patrickg@uark.edu>



Issued: September 14, 2024

# Your receipt

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

Confirmation code: **IIWQZU**

## Your purchase

**Najja K Baptist**

Join the AAdvantage® Program

Main Cabin Extra (CLT-AGS)                                    $49.48
Document #: (0010610149454)
[$46.03 + Taxes & carrier-imposed fees
$3.45]

**Total cost**                                                $49.48

## Your payment

MasterCard (ending 7833 )                                     $49.48

**Total paid**                                                $49.48

**Defendants' Exhibit 11**
**Page 6 of 13**



Book a hotel »



Book a car »



Buy trip insurance »



Vacations »

Contact us

Privacy policy



**Download the American app**

 

© 2024 American Airlines, Inc. All Rights Reserved.



Please do not reply to this email address as it is not monitored. This email was sent to patrickg@uark.edu.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

**Defendants' Exhibit 11**
**Page 7 of 13**

 Outlook

---

**Your purchase receipt - IIWQZU**

---

**From** American Airlines <no-reply@info.email.aa.com>
**Date** Wed 9/18/2024 4:54 PM
**To** Patrick Grimes <patrickg@uark.edu>



Issued: September 18, 2024

## Your receipt

Confirmation code: **IIWQZU**

## Your purchase

**Najja K Baptist - AAdvantage® #: J53****

| | |
|---|---|
| Paid Upgrade (CLT-AGS)<br>Document #: (0014443523581)<br>[$81.12 + Taxes & carrier-imposed fees $6.08] | $87.20 |

**Total cost** — **$87.20**

## Your payment

| | |
|---|---|
| MasterCard (ending 7833 ) | $87.20 |

**Total paid** — **$87.20**

               

**Defendants' Exhibit 11**
**Page 8 of 13**

Book a hotel »          Book a car »          Buy trip insurance »          Vacations »

Contact us

**Download the American app**

Privacy policy

 

© 2024 American Airlines, Inc. All Rights Reserved.

Please do not reply to this email address as it is not monitored. This email was sent to patrickg@uark.edu.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.



**COLUMBIA MARRIOTT**                    **GUEST FOLIO**

| 6016 ROOM | ZZ/BAPTIST/NAJJA NAME | 169.00 RATE | 09/29/24 DEPART | TIME | DUPLICATE 10:58 | 1714 ACCT# |
| NKNG TYPE | 1001 E SAIN ST. | | 09/27/24 ARRIVE | TIME | | |
| | FAYETTEVILLE AR 72703 | | | | | |
| ROOM CLERK | ADDRESS | | MCXXXXXXXXXXXXX7833 PAYMENT | | | MB#: |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|------|-----------|---|---------|---------|--------------|
| 09/27 | ROOM | 6016, 1 | 169.00 | | |
| 09/27 | ROOM TAX | 6016, 1 | 11.83 | | |
| 09/27 | ACCO TAX | 6016, 1 | 3.38 | | |
| 09/27 | CITY TAX | 6016, 1 | 5.07 | | |
| 09/27 | CVB DEST | 6016, 1 | 3.38 | | |
| 09/27 | CVB TAX | 6016, 1 | .34 | | |
| 09/28 | ROOM | 6016, 1 | 169.00 | | |
| 09/28 | ROOM TAX | 6016, 1 | 11.83 | | |
| 09/28 | ACCO TAX | 6016, 1 | 3.38 | | |
| 09/28 | CITY TAX | 6016, 1 | 5.07 | | |
| 09/28 | CVB DEST | 6016, 1 | 3.38 | | |
| 09/28 | CVB TAX | 6016, 1 | .34 | | |
| 09/29 | CCARD-MC | | | 386.00 | |
| | MCXXXXXXXXXXXXX7833 | | | | .00 |



COLUMBIA MARRIOTT
1200 HAMPTON STREET
COLUMBIA SC  29201
803-771-7000 FAX 803-758-2456

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

**Defendants' Exhibit 11**

Signature X

**Page 10 of 13**

Operated under license from Marriott International inc. or one of its affiliates



Home2 Suites By Hilton - Augusta, GA
3606 Exchange Ln, Augusta 30909 US
7067338787
AGSAW_Home2@Hilton.com

Date Range: Sep 22, 2024 - Sep 30, 2024
Tax#/ID# :

## Guest Folio

Confirmation Number - 82224500

| **Primary Guest** | | **ADDN GUESTS** | **Hilton Honors** |
|---|---|---|---|
| Guest Name | Baptist, Najja | Carroll Baptiste | Silver |
| Address | 318 Worley St | | 1769527415 |
| City, State, Zip Code | Huntsville AR 72740 | | |
| Country | US | | |

| **Stay Details** | | **Company Details** | | **Other Details** | |
|---|---|---|---|---|---|
| Check In Date | Sep 22, 2024 | Name | | Bill Number | |
| Check Out Date | Sep 30, 2024 | Tax#/ID# | | Tax/Fee Exemption | NO |
| Room | NQJ - 322 | PO Number | | Tax/Fee Exempt Date | |
| Source | GLOBAL DISTRIBUTION SYSTEM | Account Name | | **Travel Agent** | |
| Guests | 2/0 | | | IATA | 0015517445 |
| | | | | Name | ANTHONY |

| Date | Type | Description | Amount |
|---|---|---|---|
| Sep 22, 2024 | Charge | GUEST ROOM | $117.00 |
| Sep 22, 2024 | Tax | RM - STATE TAX | $9.95 |
| Sep 22, 2024 | Tax | RM - CITY TAX | $7.02 |
| Sep 22, 2024 | Tax | RM - OCCUPANCY TAX | $1.00 |
| Sep 22, 2024 | Tax | RM - STATE HOTEL MOTEL FEE | $5.00 |
| Sep 23, 2024 | Charge | GUEST ROOM | $117.00 |
| Sep 23, 2024 | Tax | RM - STATE TAX | $9.95 |
| Sep 23, 2024 | Tax | RM - CITY TAX | $7.02 |
| Sep 23, 2024 | Tax | RM - OCCUPANCY TAX | $1.00 |
| Sep 23, 2024 | Tax | RM - STATE HOTEL MOTEL FEE | $5.00 |
| Sep 24, 2024 | Charge | GUEST ROOM | $117.00 |
| Sep 24, 2024 | Tax | RM - STATE TAX | $9.95 |
| Sep 24, 2024 | Tax | RM - CITY TAX | $7.02 |
| Sep 24, 2024 | Tax | RM - OCCUPANCY TAX | $1.00 |
| Sep 24, 2024 | Tax | RM - STATE HOTEL MOTEL FEE | $5.00 |
| Sep 25, 2024 | Charge | GUEST ROOM | $117.00 |
| Sep 25, 2024 | Tax | RM - STATE TAX | $9.95 |
| Sep 25, 2024 | Tax | RM - CITY TAX | $7.02 |
| Sep 25, 2024 | Tax | RM - OCCUPANCY TAX | $1.00 |
| Sep 25, 2024 | Tax | RM - STATE HOTEL MOTEL FEE | $5.00 |
| Sep 26, 2024 | Charge | GUEST ROOM | $117.00 |
| Sep 26, 2024 | Tax | RM - STATE TAX | $9.95 |
| Sep 26, 2024 | Tax | RM - CITY TAX | $7.02 |
| Sep 26, 2024 | Tax | RM - OCCUPANCY TAX | $1.00 |
| Sep 26, 2024 | Tax | RM - STATE HOTEL MOTEL FEE | $5.00 |
| Sep 27, 2024 | Charge | GUEST ROOM | $117.00 |
| Sep 27, 2024 | Tax | RM - STATE TAX | $9.95 |
| Sep 27, 2024 | Tax | RM - CITY TAX | $7.02 |
| Sep 27, 2024 | Tax | RM - OCCUPANCY TAX | $1.00 |

| | | |
|---|---|---|
| **Check In Time** | 03:10 PM | Reservations home2suites.com or +1-877-6HOME02 |
| **Check Out Time** | 01:46 PM | |

Page 1 of 2

**Defendants' Exhibit 11**
**Page 11 of 13**

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| Sep 27, 2024 | Tax | RM - STATE HOTEL MOTEL FEE | $5.00 |
| Sep 28, 2024 | Charge | GUEST ROOM | $117.00 |
| Sep 28, 2024 | Tax | RM - STATE TAX | $9.95 |
| Sep 28, 2024 | Tax | RM - CITY TAX | $7.02 |
| Sep 28, 2024 | Tax | RM - OCCUPANCY TAX | $1.00 |
| Sep 28, 2024 | Tax | RM - STATE HOTEL MOTEL FEE | $5.00 |
| Sep 29, 2024 | Charge | GUEST ROOM | $117.00 |
| Sep 29, 2024 | Tax | RM - STATE TAX | $9.95 |
| Sep 29, 2024 | Tax | RM - CITY TAX | $7.02 |
| Sep 29, 2024 | Tax | RM - OCCUPANCY TAX | $1.00 |
| Sep 29, 2024 | Tax | RM - STATE HOTEL MOTEL FEE | $5.00 |
| Sep 30, 2024 | Payments | MASTER-7833 | -$1,119.76 |

| Summary | |
|---------|---|
| **Type** | **Amount** |
| GUEST ROOM | $936.00 |
| RM - STATE TAX | $79.60 |
| RM - CITY TAX | $56.16 |
| RM - OCCUPANCY TAX | $8.00 |
| RM - STATE HOTEL MOTEL FEE | $40.00 |
| CREDIT CARD | $1,119.76 |
| **Folio Balance** | **$0.00** |

| | | |
|---|---|---|
| **Check In Time** | 03:10 PM | Reservations home2suites.com or +1-877-6HOME02 |
| **Check Out Time** | 01:46 PM | |
| Page 2 of 2 | | |

**Defendants' Exhibit 11**
**Page 12 of 13**



1634 AVIATION WAY
AUGUSTA, GA 30906-9620

| | |
|---|---|
| **Rental Agreement #:** | 958305055 |
| **Bill Ref #:** | 1002-6675-790 |
| **Invoice Date:** | 09/30/2024 |
| **Account #:** | XZ51R10 |

## BILL TO

UOA-PATRICK GRIMES
ATTN: PATRICK GRIMES
UNIVERSITY OF ARKANSAS
FAYETTEVILLE, AR - 72701-1201

## RENTAL INFORMATION

| Date/Time Out | Start Charges | Date/Time In |
|---|---|---|
| 09/22/2024 02:22 PM | 09/22/2024 02:23 PM | 09/30/2024 08:03 AM |

**Renter**
BAPTIST, NAJJA

## RENTAL VEHICLES

| Color | License | Model | Unit | Miles/Kms Out | In |
|---|---|---|---|---|---|
| WHITE | RKU9031 | EQUINOX | 7W4NBV | 4,137 | 6,514 |

**VIN:** 3GNAXKEGXRL349420

## CLAIM INFORMATION

Claim# / PO# / RO#                Insured

Date of Loss      Type of Loss      Type of Vehicle

                  Repair Shop

## BILLING DETAIL

| Description | Qty/Per | | Rate | Amount |
|---|---|---|---|---|
| TIME & DISTANCE | 1 | DAY | 74.04 | 74.04 |
| TIME & DISTANCE | 1 | WK | 407.22 | 407.22 |
| DROP FEE | 1 | RNT | 41.68 | 41.68 |
| FUEL SERVICE OPTION | 1 | RNT | 48.09 | 48.09 |
| | Subtotal | | | 571.03 |
| VLF REC 1.00/DAY | 8 | DAY | 1.00 | 8.00 |
| STATE TAX | | PCT | 8.50 | 47.06 |
| CUSTOMER FACILITY CHARGE 4.50/DAY | 8 | DAY | 4.50 | 36.00 |
| CONCESSION RECOUP FEE 11.11 PCT | | PCT | 11.11 | 64.33 |
| RENTAL EXCISE TAX 3 PCT | | PCT | 3.00 | 16.61 |
| **Total Charges (USD)** | | | | **743.03** |

## PAYMENTS

| | | |
|---|---|---|
| Payment | Master Card | -45.88 |
| Payment | Master Card | -650.30 |
| Payment | Master Card | -46.85 |
| **Total Payments (USD)** | | **-743.03** |

| **Amount Due (USD)** | **0.00** |
|---|---|

Individual line item charges such as rental rates for Time and Distance, percentage-based charges (e.g., sales taxes and fees or surcharges), and charges divided between multiple parties may be rounded up or down a whole cent to ensure that the charges equal the actual Total Amount Due and/or to avoid fractional cents.

| **For Billing Inquiries / Payment Terms :** |
|---|
| Tel#: +1 9184016000 |
| askaradmin@em.com |
| Payments are due immediately. |
| Late payments are subject to a finance charge. |

**Thank You For Choosing Enterprise**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| **Please Return This Portion With Remittance** | **Amount Due (USD)** | 0.00 |
|---|---|---|

**Remit To :**
EAN SERVICES, LLC
PO BOX 402383
ATLANTA, GA 30384-2383

**Paid By:**
UOA-PATRICK GRIMES
UNIVERSITY OF ARKANSAS
FAYETTEVILLE, AR 727011201

**Email Remit To: ARADMIN@EM.COM**

**Fed Tax Id:** 430724835

| Account # | Rental Agreement | Amount | GPBR |
|---|---|---|---|
| XZ51R10 | 958305055 | 0.00 | 26E5 |

**Defendants' Exhibit 11**