**TRAVEL EXPENSE REIMBURSEMENT &
RECONCILIATION FORM (TR-1)**

| | |
|---|---|
| **Traveler:** Najja K. Baptist | **ER#:** ER-0000281196 |
| **Mailing Address:** 1 University of Arkansas Fayetteville, AR 72701 United States of America | **Fund:** FD103 |
| **Main Campus:** University of Arkansas, Fayetteville | **Cost Center:** CC012700 |

| MILEAGE REIMBURSEMENT REQUEST | | | | | |
|---|---|---|---|---|---|
| Date | Origin | Destination | Miles | Rate | Total |
| | | | | $0.52 | |
| | | **TOTAL MILAGE REIMBURSEMENT** | | | $0.00 |

| EXPENSE REIMBURSMENT REQUEST FOR MEALS | | |
|---|---|---|
| Date | Destination | Total Meal Receipts |
| | **TOTALS** | $0.00 |

| OTHER REIMBURSABLE EXPENSES | | |
|---|---|---|
| Date | Destination | Misc. Expenses | Expenses Amount |
| **TOTAL EXPENSE REIMBURSEMENT** | | $0.00 |

| FINAL EXPENSE RECONCILIATION | |
|---|---|
| Expense Type | Total |
| Hotel Accommodations - Domestic | $59.00 |
| Hotel Accommodations - Domestic | $342.18 |
| Hotel Accommodations - Domestic | $518.02 |
| Hotel Accommodations - Domestic | $66.66 |
| Total of Reimbursable Expenses | $0.00 |
| **GRAND TOTAL** | $985.86 |

| | |
|---|---|
| Najja K. Baptist | 04/21/2025 |
| Signature of Traveler | Date |
| William D Schreckhise | 04/23/2025 |
| Signature of Supervisor | Date |
| Jessica Hulse | 05/09/2025 |
| Signature of Travel Administrator | Date |

**Defendants' Exhibit 40
Page 1 of 9**



# Pawleys Plantanion Villa

Vrbo Reservation ID: HA-5NX7HJ

Property ID: 2600055

 Check-in

## Jun 7, 2025

4:00 PM

 Check-out

## Jun 10, 2025

10:00 AM

**Defendants' Exhibit 40**
**Page 2 of 9**



# Pawleys Plantanion Villa

 Reservation ID: HA-5NX7HJ

Property ID: 2600055

 Check-in

## Jun 7, 2025

4:00 PM

Check-out

## Jun 10, 2025

10:00 AM

**Defendants' Exhibit 40**
**Page 3 of 9**



# Pawleys Plantanion Villa

Vrbo Reservation ID: HA-5NX7HJ

Property ID: 2600055

 Check-in

## Jun 7, 2025

4:00 PM

 Check-out

## Jun 10, 2025

10:00 AM

**Defendants' Exhibit 40**
**Page 4 of 9**



# Pawleys Plantanion Villa

Vrbo Reservation ID: HA-5NX7HJ

Property ID: 2600055

 Check-in

## Jun 7, 2025

4:00 PM

 Check-out

## Jun 10, 2025

10:00 AM

**Defendants' Exhibit 40**
**Page 5 of 9**



8:27

# Pricing

## Price Details

| | |
|---|---|
| $175.00 x 3 nights | $525.00 |
| Cleaning Fee | $175.00 |
| Service Fee ⓘ | $82.00 |
| Property Damage Protection ⓘ | $59.00 |
| Tax | $78.20 |

| | |
|---|---|
| **Total** | **$919.20** |
| Trip Protection | $66.66 |

## Payments

**Payment 1**
Paid                                    $577.02

**Payment 2**
Paid                                    $342.18

Your credit card statement may show charges by either Vrbo or the host.

**Visit help center**



8:27

## Pricing

### Price Details

| | |
|---|---|
| $175.00 x 3 nights | $525.00 |
| Cleaning Fee | $175.00 |
| Service Fee ⓘ | $82.00 |
| Property Damage Protection ⓘ | $59.00 |
| Tax | $78.20 |

| | |
|---|---|
| Total | $919.20 |
| Trip Protection | $66.66 |

### Payments

| | |
|---|---|
| Payment 1<br>Paid | $577.02 |
| Payment 2<br>Paid | $342.18 |

Your credit card statement may show charges by either Vrbo or the host.

( **Visit help center** )

**Defendants' Exhibit 40**
**Page 7 of 9**



**Defendants' Exhibit 40**
**Page 8 of 9**



# Pricing

## Price Details

| | |
|---|---|
| $175.00 x 3 nights | $525.00 |
| Cleaning Fee | $175.00 |
| Service Fee ⓘ | $82.00 |
| Property Damage Protection ⓘ | $59.00 |
| Tax | $78.20 |
| **Total** | **$919.20** |
| Trip Protection | $66.66 |

## Payments

| | |
|---|---|
| Payment 1<br>Paid | $577.02 |
| Payment 2<br>Paid | $342.18 |

Your credit card statement may show charges by either Vrbo or the host.

**Visit help center**