**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**DR. NAJJA K. BAPTIST** **PLAINTIFF**

**v.** **Case No. 5:26-cv-05077**

**BOARD OF TRUSTEES OF THE UNIVERSITY OF ARKANSAS;**
**BRIAN RAINES; CHARLES ROBINSON, in his official capacity only;**
**INDRAJEET CHAUBEY, in his official capacity only; and,**
**CALE FESSLER, in his official capacity only** **DEFENDANTS**

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Pursuant to Local Rule 83.5(f), the undersigned attorney, John Jerome Thompson, respectfully moves this Court for leave to withdraw as counsel for Plaintiff. In support of this Motion, the undersigned states as follows:

1. Undersigned counsel has represented Plaintiff in this matter since the commencement of this action on or about April 13, 2026.

2. Plaintiff has retained new counsel, SUTTER & GILLHAM, P.L.L.C., to represent Plaintiff in this matter going forward.

3. The undersigned attorney's request will not prejudice any party or cause undue delay. Plaintiff Dr. Najja K. Baptist will continue to be represented by Lucien Gillham with SUTTER & GILLHAM, P.L.L.C.

4. Lucien Gillham has filed an entry of appearance on Plaintiff's behalf on July 21, 2026. (ECF No. 14).

5. Pursuant to Local Rule 83.5(f) of this Court, notice has been given to the client through its current counsel, and notice is being given to all counsel of record with the filing of this motion.

WHEREFORE, undersigned counsel respectfully requests the Court enter an Order allowing John Jerome Thompson to withdraw as counsel for Plaintiff and relieving John Jerome Thompson from any further participation in this matter.

Dated: July 23rd, 2026

Respectfully submitted,

John Jerome Thompson
Thompson DeSonier, PLLC
294 N. Main St.
Cave Springs, AR 72718
Office: 479-844-4086
*Attorney for Plaintiff*

By: /s/ *John Jerome Thompson*
AR Bar No: 2024182
JJ@tdfirm.law

**CERTIFICATE OF SERVICE**

I, John Jerome Thompson, do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Western District of Arkansas, Fayetteville Division, on the 23rd day of July 2026 using the CM/ECF system, which will send notification of such filing to counsel for all parties.

/s/ *John Jerome Thompson*
John Jerome Thompson
Thompson DeSonier, PLLC