**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

| | |
|---|---|
| DR. NAJJA K. BAPTIST<br><br>PLAINTIFF-<br>COUNTERCLAIM<br>DEFENDANT<br><br>v.<br><br>BOARD OF TRUSTEES OF THE UNIVERSITY OF ARKANSAS, acting for and on behalf of the University of Arkansas, Fayetteville<br><br>DEFENDANT-<br>COUNTERCLAIM<br>PLAINTIFF<br><br>BRIAN RAINES; CHARLES ROBINSON, in his official capacity only; INDRAJEET CHAUBEY, in his official capacity only; CALE FESSLER, in his official capacity only<br><br>DEFENDANTS | CASE NO. 5:26-cv-05077-DCF<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF-COUNTERCLAIM DEFENDANT'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER TO THE BOARD OF TRUSTEES' COUNTERCLAIM**

Plaintiff-Counterclaim Defendant Dr. Najja K. Baptist, by and through counsel, moves under Fed. R. Civ. P. 15(a)(2) and Local Rule 5.5(e) for leave to file the First Amended Answer and Affirmative Defenses attached as Exhibit A, and states:

**1.** On May 7, 2026, the Board of Trustees filed its Answer and Counterclaims (ECF No. 7), asserting four state-law counts against Dr. Baptist for breach of fiduciary duty of public

trust, conversion of public funds, unjust enrichment, and fraud, together with a demand for compensatory and punitive damages.

**2.** On June 18, 2026, Dr. Baptist, through prior counsel, filed his Answer and Affirmative Defenses to the Counterclaim (ECF No. 13).

**3.** On July 21, 2026, present counsel entered an appearance for Dr. Baptist, and on July 24, 2026, the Court granted prior counsel's motion to withdraw (ECF No. 17).

**4.** Present counsel has reviewed the Counterclaim, the exhibits filed with it, and the existing Answer, and has identified defenses that should be pleaded but were not. Pursuant to Local Rule 5.5(e), the specific amendments are these: the proposed pleading (a) substitutes substantive responses for the three paragraphs previously answered on the ground that the allegation was not identified with sufficient specificity (Counterclaim ¶¶ 238, 239, 243); (b) adds a response noting that Counterclaim ¶ 262 leaves its paragraph cross-references blank; and (c) adds the following affirmative defenses: failure to plead fraud with particularity under Fed. R. Civ. P. 9(b); no justifiable reliance; express contract bars restitution; no conversion of a specific identifiable fund; unclean hands; election of remedies and no duplicative recovery; payment, accord, satisfaction, and prior recovery; failure to mitigate; fault of others; statute of limitations; the unavailability of punitive damages on an equitable count and the constitutional limits on any punitive award; the mode of trial for equitable counts; and waiver of immunity by the Board's voluntary invocation of federal jurisdiction. No new claim, party, or theory of affirmative recovery is added.

**5.** The amendment is timely and will not prejudice the Board. The Rule 26(f) report was filed on August 24, 2026 (ECF No. 18), initial disclosures were exchanged on August 27,

2026, no deposition has been taken, no dispositive motion is pending, and no trial date has passed. The proposed defenses arise from the Board's own pleading and its own exhibits, so the Board requires no additional discovery to meet them.

**6.** Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2). Absent undue delay, bad faith, dilatory motive, repeated failure to cure, undue prejudice, or futility, leave should be granted. Foman v. Davis, 371 U.S. 178, 182 (1962). None of those factors is present here.

**7.** A brief in support is filed contemporaneously pursuant to Local Rule 7.2(a). The proposed First Amended Answer and Affirmative Defenses is attached as Exhibit A and reproduces the pleading in full as required by Local Rule 5.5(e).

**8.** Undersigned counsel has conferred with counsel for the Board concerning this motion.

WHEREFORE, Dr. Baptist respectfully requests that the Court grant leave to file the First Amended Answer and Affirmative Defenses attached as Exhibit A, deem it filed as of the date of the Court's order, and grant such other relief as is just and proper.

Respectfully submitted,

DR. NAJJA K. BAPTIST, PLAINTIFF

By: /s/ Luther Oneal Sutter
Luther Oneal Sutter, Ark. Bar No. 95-031
SUTTER & GILLHAM, P.L.L.C.
310 Natural Resources, Ste. 2
Little Rock, Arkansas 72205
(501) 315-1910 – telephone
luthersutter.law@gmail.com
Attorney for Plaintiff