**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

| | | |
|---|---|---|
| **DR. NAJJA K. BAPTIST**<br><br>**PLAINTIFF-COUNTERCLAIM DEFENDANT** | ) | **CASE NO. 5:26-cv-05077-DCF** |
| **v.** | ) | |
| **BOARD OF TRUSTEES OF THE UNIVERSITY OF ARKANSAS, acting for and on behalf of the University of Arkansas, Fayetteville**<br><br>**DEFENDANT-COUNTERCLAIM PLAINTIFF** | ) | **JURY TRIAL DEMANDED** |
| **BRIAN RAINES; CHARLES ROBINSON, in his official capacity only; INDRAJEET CHAUBEY, in his official capacity only; CALE FESSLER, in his official capacity only**<br><br>**DEFENDANTS** | ) | |

**DEFENDANT-COUNTERCLAIM PLAINTIFF BOARD OF TRUSTEES' RESPONSE TO PLAINTIFF-COUNTERCLAIM DEFENDANT DR. NAJJA K. BAPTIST'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER TO THE BOARD OF TRUSTEES' COUNTERCLAIM**

For its Response to Plaintiff-Counterclaim Defendant Dr. Najja K. Baptist's Motion for Leave to File First Amended Answer to the Board of Trustees' Counterclaim (ECF No. 20), Defendant-Counterclaim Plaintiff Board of Trustees of the University of Arkansas, acting for and on behalf of the University of Arkansas, Fayetteville ("the Board") states:

1. The Board does not object to Dr. Baptist's motion.

Respectfully submitted,

University of Arkansas Office
of the General Counsel

By: William R. Kincaid
Arkansas Bar No. 93125
Managing Associate
General Counsel (Fayetteville)

/s/ C. Joseph Cordi, Jr.
C. Joseph Cordi, Jr.
Arkansas Bar No. 91225
Associate General Counsel

305 Administration Building
University of Arkansas
Fayetteville, AR 72701

Phone: (479) 575-5401

Email: wkincaid@uark.edu
joecordi@uark.edu

Counsel for the Defendant-Counterclaim Plaintiff and the Defendants